UNITED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
KEVIN POLLACK,

                Plaintiff,

             -against-               Civil Action No.: 1:23-cv-2376 KAM-SJB

JODIE LOUISE GORDON (aka JODY
GORDON and FUSION MODELS, BK LLC

                Defendants,
_____X

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned now hereby appears as counsel to the Defendants, JODIE LOUISE GORDON (a/k/a) JODY GORDON and FUSION MODELS, BK LLC, in the above captioned case and that all notices given or required to be given, and all papers served or required to be served, be given and served upon:

    Strazzullo Law & Associates, PLLC
    7101 18th Avenue
    Brooklyn, New York 11204
    718-259-4600
    m.patelis@aol.com

**Dated: May 4, 2023**
    Brooklyn, New York

                                                Yours, etc.

                                                Salvatore E. Strazzullo
                                                Strazzullo Law & Associates PLLC