UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KEVIN POLLACK,

                      Plaintiff,

      23 Civ. 02376

      Rule 7.1
      Disclosure Statement

    -against-

JODIE LOUISE GORDON (also known as JODY GORDON),
and FUSION MODELS BK LLC,

                    Defendants.
-------------------------------------------------------------------------X

      Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for Plaintiff Kevin Pollack states Plaintiff is a citizen of the state of Florida.


DATED:   Long Island City, New York
             May 26, 2023

                                         /s/ *David Kasell*
                                         David M. Kasell, Esq.
                                         Kasell Law Firm
                                         Attorneys for Pollack
                                         1038 Jackson Avenue, #4
                                         Long Island City, NY 11101
                                         (718) 404-6668