# Kasell Law Firm

August 8, 2023

Magistrate Judge Sanket Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 13C
Brooklyn, New York 11201

      Re:    *Pollack v. Gordon and Fusion Models BK LLC*, No. 23 Civ. 02376

Judge Bulsara:

      I represent Plaintiff Kevin Pollack in the above-captioned action.  I write to request a two-week adjournment of the initial conference that is scheduled for Friday, August 11, 2023, at 12:00 p.m. (CM/ECF No. 11).

      By way of background, I emailed Defendants' counsel, Salvatore Strazzullo, on the following dates but did not hear back from him.

> July 24, 2023;
> July 31, 2023;
> August 2, 2023;
> August 7, 2023; and
> August 8, 2023.

I emailed counsel at the same email used for court-notifications.  The emails clearly stated that the scheduling conference in this case is set for noon on August 11, 2023, and the parties have been directed to confer at least eight days before then to discuss scheduling.

I also emailed another lawyer at his firm, Maria Patellis at m.patelis@aol.com on all of these emails. Ms. Patelis has been my primary contact at the law firm representing defendants in all matters prior to this action.

Today, I left a message for Mr. Strazzullo expressing the urgency of conferring so that we may comply with the Court's scheduling order.  I then received a call back from Ms. Patelis in which she stated that she had resigned from the firm.  Ms. Patelis stated that she would follow up with Mr. Strazzulo.  I emphasized that the conference was the coming up on Friday and we were required to file our submission today.

# Kasell Law Firm

To ensure that the court's limited resources are not wasted, I respectfully request that the conference be adjourned until Friday, September 1, 2023, at noon.  In addition, I request that the Court order Mr. Strazzulo to meet-and-confer with me no later than Tuesday, August 22, 2023, so that we may file our joint submission no later than Friday August 25, 2023.

I appreciate the Court's time and attention to this request.

Sincerely,

/s/ *David Kasell*
David Kasell
*Counsel for Plaintiff*

All counsel of record served
by CM/ECF