

# Maria Patelis, Esq.

November 3, 2023

Via CM/ECF
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East Chambers 304N
Courtroom 13C
Brooklyn, New York 11201

        Re:   Pollack v. Gordon et al.
               23 Civ. 02376

Dear Honorable Bulsara :

    Please be advised that I am representing the Defendants in the above-captioned and not Mr. Salvatore Strazzullo. I am not privy to any information as to why Mr. Strazzullo did not appear, but I will be appearing on this matter. Further, I do not have any information as to why he did not respond to the Court's Order to Show Cause dated September 1, 2023.

    I spoke with Plaintiff's counsel and made a request as a courtesy to extend the dates on the proposed scheduling order and it was denied. I am asking the Court for the scheduling order to be extended since I appeared on this case October 4, 2023.

    Thank you.

Very truly yours,

Maria Patelis, Esq.