

# Maria Patelis, Esq.

December 8, 2023

<u>Via CM/ECF</u>
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East Chambers 304N
Courtroom 13C
Brooklyn, New York 11201

                Re:    Pollack v. Gordon et al.
                         23 Civ. 02376

Dear Honorable Bulsara :

      Please be advised that I am representing the Defendants in the above-captioned. On or about November 3, 2023 I asked if the Court will allow the scheduling order be extended in this matter and I have also contacted counsel for the Plaintiff who is not amenable to my request.

      I am respectfully asking the Court for an order that Plaintiff confer with the undersigned and work on dates for a revised scheduling order since I appeared on this case October 4, 2023.

      Thank you very much for your consideration.

                                                    Very truly yours,

                                                    Maria Patelis, Esq.

cc:    David Kasell, Esq. via CM/ECF