

# Maria Patelis, Esq.

December 21, 2023

Via CM/ECF
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East Chambers 304N
Courtroom 13C
Brooklyn, New York 11201

        Re:    Pollack v. Gordon et al.
                 23 Civ. 02376

Dear Honorable Bulsara:

    Please be advised that I am representing the Defendants in the above-captioned matter. I am currently representing the Defendants in this matter and respectfully requesting that this hearing that is scheduled for today for 11:00 a.m. be held by telephone due to emergency reasons that I emailed to opposing counsel.

    I contacted Mr. Kassell via email today regarding this request.

    My sincerest apologies to the Court, for what has occurred and I am ready to proceed by telephone today to move forward with the case, however for unforeseen circumstances I am not able to appear. Thank you so much for this consideration.

                                                        Very truly yours,

                                                         Maria Patelis, Esq

cc:  David Kassel, Esq

917-653-7214 ♦ mariapatelisattorneyatlaw.com ♦ m.patelis@aol.com ♦ 7024 18th Avenue, Brooklyn, New York 11204 ♦ 9732 3rd Avenue, Brooklyn, New York 11209