# Kasell Law Firm

December 21, 2023

Hon. Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 13C
South Brooklyn, New York 11201

      Re:    *Pollack v. Gordon and Fusion Models BK LLC*, 23 Civ. 02376

Judge Bulsara:

      This morning, opposing counsel, Ms. Patelis, apparently called the Court *ex parte* to see if she could appear by telephone. I am in transit to the Court but write to state that Mr. Strazzulo is also required to appear in person.

      I am attaching a letter I sent to Mr. Strazzulo and Ms. Patelis earlier this week reminding Mr. Strazzulo that he must also appear, that he has a pending Order to Show Cause issued against him by the Court, and that he has not taken any steps to terminate his representation. Ms. Patelis and Mr. Strazzulo are co-counsel on this case.

      By way of background, Ms. Patelis has represented Defendant Jodie Gordon for years on this case. She responded to demand letters I sent on behalf of my client, Plaintiff Kevin Pollack, while Ms. Patelis was at "Strazzullo Law Firm PC." https://opengovny.com/attorney/3900156 (updated in 2020). Ms. Patelis also represented Defendant Jodie Gordon via Mr. Strazzullo's law firm in a AAA arbitration where Ms. Gordon counterclaimed and then her client refused to pay the fees.

      I am giving this Court this information to prevent any "hiding the ball" or other tactics that might further delay this case. Regardless, Plaintiff remains grateful to the Court for its time and attention given its limited judicial resources.

                                                  /s/ *David Kasell*
                                                               David Kasell
                                                           *Attorney for Plaintiff*

# Exhibit 1

# Kasell Law Firm

December 19, 2023

*via* nyclawyers@aol.com,

Salvatore Strazzullo, Esq.
Strazzullo Law Firm
7101 18th Ave.
Brooklyn, NY 11204

    Re:    *Pollack v. Gordon and Fusion Models BK LLC*, 23 Civ. 02376

Mr. Strazzulo:

On November 6, 2023, the Court in the above-captioned case ordered that "an in-person status conference will be held on 12/21/2023 at 11:00 A.M. in Courtroom 13C South before Magistrate Judge Sanket J. Bulsara." CM/ECF (text entry).

We are aware that five days ago, you were arraigned on an indictment by Brooklyn District Attorney and then released on your own recognizance. Of course, a criminal indictment is merely an allegation, and you are presumed innocent until proven guilty.

However, out of an abundance of caution and as a courtesy, I write to remind you that you are still counsel of record for Defendants in this case. You have not taken any actions to terminate your representation. In light of the fact that you have previously missed conferences, as well as not responded to the Court's Order to Show Cause as to why you should not be sanctioned, I thought this the prudent action to take.

                                                /s/ *David Kasell*
                                                   David Kasell
                                              *Attorney for Plaintiff*

cc: Maria Patelis (m.patelis@aol.com)