**AFFRIMATION OF SERVICE**

I, David Kasell, a non-party to the above-captioned litigation, hereby affirm under penalty of perjury that on Friday, April 26, 2024, I served PLAINTIFF'S FIRST SET OF INTERROGATORIES on DEFENDANT JODIE LOUISE GORDON.

I effected service by sending it *via* email and first-class mail or Priority Mail to counsel for Defendants:

> Maria Patelis, Esq.
> 79 Tompkins Circle
> Staten Island, NY 10301
> Email: m.patelis@aol.com

I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America that the foregoing is true and correct.

> /s/ *David Kasell*
> David M. Kasell
> Kasell Law Firm
> 1038 Jackson Avenue, #4
> Long Island City, NY 11101