## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Baxter Bailey & Associates, Inc.,   )
                                   )
            Plaintiff,      )
                                   )
            vs.             )    Case No.:  1:24-cv-02163-WMR
                                   )
Semi-Cab, Inc. et al,            )
                                   )
          Defendants.    )
_____)

## STIPULATION TO DIMSISS

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to dismiss the claims without prejudice as to PetSmart, Inc. ("PetSmart"), Petco Animal Supplies, Inc. ("Petco"), Chewy, Inc. ("Chewy") and Hill's Pet Nutrition, LLC ("Hill's Pet Nutrition").

The remaining defendant, SemiCab Inc., hereby withdraws its Motion to Dismiss in its entirety. However, SemiCab Inc. reserves the right to renew any arguments raised in the Motion to Dismiss in a future Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, if necessary.

Additionally, the parties, SemiCab Inc. and Baxter Bailey & Associates, Inc., wish to engage in an early mediation to attempt to resolve the issues at hand, thereby reducing the resources expended by the Court and facilitating a potential resolution

outside of litigation.  The parties will enter into a mutually agreeable Scheduling Order and engage in mediation upon further guidance by the Court.


                                                    Respectfully submitted,


*s/Travis E. Davison*                               */s/ Brian Lehman*
Travis E. Davison                                   Brian Lehman
Admitted *Pro Hac Vice*                             Admitted *Pro Hac Vice*
*Attorney for Plaintiff*                            *Attorney for Defendants*

## CERTIFICATE OF COMPLIANCE

This is to certify that to the best of my knowledge this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been prepared using Times New Roman font, 14 point.

**This, the 7th day of October, 2024.**

Respectfully submitted,

*s/ Brian Lehman*
BRIAN LEHMAN
Admitted *Pro Hac Vice*
Attorney for Defendants

KASELL LAW FIRM
1038 Jackson Avenue,
Suite #4
Long Island City, New York 11101
929.340.1543
brianlehman97@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Baxter Bailey & Associates, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  1:24-cv-02163-WMR |
| | ) | |
| SemiCab, Inc. et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the above date, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted,

*s/ Brian Lehman*
BRIAN LEHMAN
Admitted *Pro Hac Vice*
Attorney for Defendants

KASELL LAW FIRM
1038 Jackson Avenue,
Suite #4
Long Island City, New York 11101
929.340.1543
brianlehman97@gmail.com