UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 KEVIN POLLACK,

                                    Plaintiff,

                                                                    23 Civ. 02376 (SJB)

                                                                    Notice of Appearance

            -against-

JODIE LOUISE GORDON (also known as JODY GORDON),
and FUSION MODELS BK LLC,

                                    Defendants.
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Plaintiff Kevin Pollack and requests that all subsequent papers be served upon him at the address indicated below.

/s/Brian Lehman
Brian Lehman
1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
(718) 404-6668
brianlehman97@gmail.com