EXHIBIT A

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | | |
|---|---|---|
| KEVIN POLLACK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  23 Civ. 2376 (KAM)(SJB) |
| JODIE LOUISE GORDON (also known as JODY GORDON) and Fusion Models BK LLC. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Plaintiff, Kevin Pollack, by and through his attorney of record, David Kasell, Esq., Kasell Law Firm, 1038 Jackson Avenue, #4, Long Island City, New York 11101

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place:  Maria Patelis & Associates, PLLC 7024 18th Avenue Brooklyn, New York 11204 | Date and Time: 11/26/2024 12:00 pm |
|---|---|

The deposition will be recorded by this method:  VIDEO

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:  RESPONSE TO DEFENDANTS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DATED October 10, 2024 and any documents that will be used for trial.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  10/23/2024

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Jody Louise Gordon Fusion Models BK LLC., _____ , who issues or requests this subpoena, are:

Maria Patelis, Esq., m.patelis@aol.com, 917-653-7214

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).