# Kasell Law Firm

March 7, 2025

*via ECF*

Hon. Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Confirmation of Deposition Dates**

Magistrate Judge Eshkenazi:

    I spoke with my client this morning *via* Zoom, and I write to confirm Plaintiff's availability for Defendants' deposition of Plaintiff scheduled for April 23rd at 10 a.m. and April 25th at 10 a.m. So that the issue need not be addressed during the deposition, I asked my client to send confirmation that he is in Portugal, and he sent me two pictures of him holding a paper up at a local store with a local paper. I will work with opposing counsel to assuage any other concerns she may have, and I look forward an efficient and smooth deposition and finding resolution of this dispute.

/s/ *Brian Lehman*
Brian Lehman
Kasell Law Firm
1038 Jackson Avenue, #4
Long Island City, NY 11101
(718) 404-6668
david@merchantcashdefense.com

*Counsel for Plaintiff*



