

# Maria Patelis, Esq.

7024 18th Avenue, Brooklyn, New York 11204
9732 3rd Avenue, Brooklyn, New York 11209

mariapatelisattorneyatlaw.com
m.patelis@aol.com
917-653-7214

June 27, 2025

<u>Via CM/ECF</u>
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East Chambers 304N
Courtroom 13C
Brooklyn, New York 11201

        Re:  Pollack v. Gordon et al.
               23 Civ. 02376

Dear Honorable Bulsara :

    Please be advised that I am representing the Defendants in the above-captioned matter. Discovery ended on June 6, 2025 and the parties are trying to enter into a briefing schedule but we are not agreeing on dates. We are asking to the Court how far out we can go with dates in order to file Daubert and Summary Judgment. I would like to file at the end of September, if the Court allow.

    Thank you.

Very truly yours,

Maria Patelis, Esq.

Maria Patelis & Associates, PLLC