# Kasell Law Firm

October 2, 2025

Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Pollack v. Gordon et al.*, No. 23 Civ. 02376 (E.D.N.Y.) –
        Withdraw of Motion to Strike Plaintiff's Exhibit D to Rule 56.1 Statement

Judge Eshkenazi:

I represent Plaintiff Kevin Pollack in the above-captioned case.  I have reviewed Defense counsel's letter opposing the motion to strike the 15,255-page exhibit in support of Defendants' Rule 56.1 statement (attached as Exhibit 1 to this letter).

In light of the representation in the Defense Counsel's opposition that "Exhibit D directly corresponds to the asserted facts" in the Rule 56.1 statement, and not just a catch-all way of presenting the Court with every document produced in discovery so that Defendants can later surprise Plaintiff on the reply by pointing to some document buried therein, I withdraw the motion to strike Exhibit D.[1]

Respectfully submitted,

*/s/ Brian Lehman*
Brian Lehman
Kasell Law Firm
Counsel for Plaintiff Kevin Pollack

---

[1] *See* Exhibit 1 attached to this letter (Rule 56.1 statement showing that the only two asserted facts relying on Exhibit D include:  "Defendants provided Plaintiff with K-1s and tax documents. (Ex. D)" and "Plaintiff received tax filings and financial records. (Ex. D)").

1

1038 Jackson Avenue #4 • Long Island City, NY 11101

Phone 718.404.6668

Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEVIN POLLACK,

                   Plaintiff,

                                                Case.:23 Civ. 2376 (SJB) (LKE)

         -against-

                                    **DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

JODIE LOUISE GORDON (also known as
JODY GORDON) and FUSION MODELS
BK LLC,

                   Defendants.
-------------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1, Defendants submit the following statement of material facts as to which there is no genuine dispute.

**A. Facts on Fusion Modeling Agency LLC.**

1. Fusion Modeling Agency LLC ("Fusion") was established on December 7, 2006, with its Operating Agreement dated the same day. (Ex. A).

2. The members of Fusion Modeling Agency, LLC at the time the LLC was formed was Jodie Gordon, Kevin Pollack, Charles Hass, Benjamin Chui, Nathan Ankey and Paragon Strategies Group, Inc.  (Ex. A)

3. Defendant, Gordon, was the managing member and had exclusive management and control of the day to day operations of the company, will make decisions affecting the company and the company's assets. (Ex. A).

4. On January 11, 2021, Jodie Gordon filed a petition for judicial dissolution of Fusion in Kings County Supreme Court. (Ex. B).

5. On May 3, 2021, the Supreme Court, Kings County, issued an order dissolving Fusion. (Ex. C).

6. Plaintiff filed for Arbitration on or about April 15, 2022 with the American Arbitration Association entitled <u>Kevin Pollack v. Jodie Gordon</u>, Case No.:01-22-0001-5367.

7. The judicial dissolution order did not direct liquidation in any specific manner. (Ex. C).

8. Defendants provided Plaintiff with K-1s and tax documents. (Ex. D).

9. Plaintiff received tax filings and financial records. (Ex. D).


Dated: Brooklyn, New York
       September 29, 2025

                                   Yours, etc.


                              By: /s/ Maria Patelis
                                   Maria Patelis, Esq.
                                   Maria Patelis & Associates, PLLC
                                   Attorney for Defendants
                                   7024 18th Avenue
                                   Brooklyn, New York 11204
                                   917-653-7214
                                   m.patelis@aol.com



To:    David Kasell, Esq.
       Brian Lehman, Esq.
       Pro Hac Vice
       Of Counsel
       Kasell Law Firm
       Attorneys for Plaintiff
       1038 Jackson Avenue, Ste #4
       Long Island City, NY 11101
       718-404-6668
       929-340-1543