October 27, 2025

*Via ECF*

Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Opposition papers in *Pollack v. Gordon et al.*, 23-cv-2376 (SJB)

Judge Bulsara:

Pursuant to Section VI.D of Your Honor's Individual Practices in Civil Cases, I write to inform the Court that, Plaintiff today served on Defendants two sets of papers:

1. **Opposition to Defendants' Motion for Summary Judgment**, consisting of Plaintiff's Memorandum of Law in Opposition, Plaintiff's Counterstatement of Material Facts (pursuant to Local Civil Rule 56.1(b)), and the Declaration of Brian Lehman, Esq., with Exhibits 1–7 authenticating the materials referenced in the opposition papers; and

2. **Opposition to Defendants' Motion to Exclude Expert Testimony** under Federal Rule of Evidence 702, consisting of Plaintiff's Memorandum of Law in Opposition and the Declaration of Brian Lehman, Esq., dated October 27, 2025, with Exhibits 1–3 (the Expert Report of Quan Vu, Mr. Vu's résumé and deal sheet, and excerpts from his deposition transcript).

                                          Respectfully submitted,

                                          /s/ *Brian Lehman*
                                               Brian Lehman, Esq.
                            *Counsel for Plaintiff Kevin Pollack*