# Maria Patelis & Associates, PLLC
7024 18th Avenue
Brooklyn, New York 11204
917-653-7214

November 10, 2025

<u>Via CM/ECF</u>
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East Chambers 304N
Courtroom 13C
Brooklyn, New York 11201

         Re:    Pollack v. Gordon et al.
                 23 Civ. 02376

Dear Honorable Sanket J. Bulsara:

     As counsel for the Defendants, I served the following Replies to Defendants' Motion for Summary Judgment and to Defendants' Motion to Exclude Plaintiff's Expert on November 10, 2025.

     Thank you.

                                                Respectfully submitted,

                                                */s/<u>Maria Patelis</u>*

cc:    Brian Lehman, Esq. & David Kassel, Esq. via ECF