FILED
CLERK
11/12/2025 4:49 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KEVIN POLLACK,

                Plaintiff,

        -against-

Case.:23 Civ. 2376 (SJB) (LKE)

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGEMENT**

JODIE LOUISE GORDON (also known as
JODY GORDON) and FUSION MODELS
BK LLC,

                Defendants.
-----------------------------------------------------------------------X
SIRS:

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Rule 56.1 Statement of Material Facts, the Declaration of Jody Gordon, and all exhibits annexed thereto, Defendants JODIE LOUISE GORDON (also known as JODY GORDON) and FUSION MODELS BK LLC, by and through their attorneys, will move this Court before the Honorable Sanket J. Bulsara, United States District Judge for the Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendants summary judgment dismissing Plaintiff's claims in their entirety, together with such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
       September 29, 2025

                              Yours, etc.

                              By: /s/ *Maria Patelis*
                                 Maria Patelis, Esq.

                                                Maria Patelis & Associates, PLLC
                                                Attorney for Defendants
                                                7024 18th Avenue
                                                Brooklyn, New York 11204
                                                917-653-7214
                                                m.patelis@aol.com

To:    David Kasell, Esq.
         Brian Lehman, Esq.
         Pro Hac Vice
         Of Counsel
         Kasell Law Firm
         Attorneys for Plaintiff
         1038 Jackson Avenue, Ste #4
         Long Island City, NY 11101
         718-404-6668
         929-340-1543
         Brianlehman97@gmail.com
         david@kaselllawfirm.com