EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
KEVIN POLLACK,

                    PLAINTIFF,


     -against-     Case No.:
          23 CIV.2376(KAM)(SJB)


JODIE LOUISE GORDON (also known as JODY
GORDON) and FUSION MODELS BK LLC,

                    DEFENDANTS.
----------------------------------------X


               DATE:  October 8, 2024

               TIME:  10:40 A.M.



         DEPOSITION of the Defendant,

JODIE LOUISE GORDON, taken by the

respective parties, pursuant to a Court

Order and to the Federal Rules of Civil

Procedure, held at the offices of 1038

Jackson Avenue, Suite 4, Long Island City,

New York 11101, before Ranae Porter, a

Notary Public of the State of New York.

Jodie Louise Gordon
October 08, 2024

```
1

2    A P P E A R A N C E S:

3

4    KASELL LAW FIRM
       Attorneys for the Plaintiff
5      KEVIN POLLACK
       1038 Jackson Avenue, Suite 4
6      Long Island City, New York 11101
       BY: DAVID KASELL, ESQ.

7

8    MARIA PATELIS LAW FIRM PLLC
       Attorneys for the Defendants
9      JODIE LOUISE GORDON (also known as JODY
       GORDON) and FUSION MODELS BK LLC
10     7024 18th Avenue
       Brooklyn, New York 11204
11     BY: MARIA PATELIS, ESQ.
       Dkasellesq@gmail.com

12

13              *          *          *

14

15

16

17

18

19

20

21

22

23

24

25
```

Jodie Louise Gordon
October 08, 2024

1

2    F E D E R A L   S T I P U L A T I O N S

3

4

5      IT IS HEREBY STIPULATED AND AGREED by and

6    between the counsel for the respective

7    parties herein that the sealing, filing and

8    certification of the within deposition be

9    waived; that the original of the deposition

10    may be signed and sworn to by the witness

11    before anyone authorized to administer an

12    oath, with the same effect as if signed

13    before a Judge of the Court; that an

14    unsigned copy of the deposition may be used

15    with the same force and effect as if signed

16    by the witness, 30 days after service of

17    the original & 1 copy of same upon counsel

18    for the witness.

19

20      IT IS FURTHER STIPULATED AND AGREED that

21    all objections except as to form, are

22    reserved to the time of trial.

23

24              *     *     *     *

25

Jodie Louise Gordon
October 08, 2024

1

2   J O D I E   L O U I S E   G O R D O N,

3   called as a witness, having been first duly

4   sworn by a Notary Public of the State of

5   New York, was examined and testified as

6   follows:

7   EXAMINATION BY

8   MR. KASELL:

9       Q.    Please state your name for the

10  record.

11      A.    Jodie Louise Gordon.

12      Q.    What is your address?

13      A.    101 North 10th Street, Suite

14  301, Brooklyn, New York 11249.

15      Q.    Good morning, Ms. Gordon.  How

16  are you today?

17      A.    Good.  Thank you.

18      Q.    My name's David Kasell.  I

19  represent Kevin Pollack in this action.

20  I'm going to be asking you some questions

21  today.

22      A.    Okay.

23      Q.    Have you ever been deposed

24  before?

25      A.    Have I had a deposition before?

Jodie Louise Gordon
October 08, 2024

1

2          Q.    Yes.

3          A.    Yes, I have.

4          Q.    Okay.  So the court reporter is

5     here to record all of the questions and

6     answers.  When I ask questions, she'll

7     write that down.  She'll record your

8     answer.  If we're both speaking, she can't

9     record both of those things.  So I just ask

10    that you wait for me to finish my question

11    before you answer.  That will also give

12    your attorney a chance to object if she

13    wants to.  I will assume that if you answer

14    my question, you've understood the

15    question.  If you don't understand one of

16    my questions, you can tell me you don't

17    understand it.  I'll do my best to rephrase

18    it in a way that you can answer.

19         A.    Okay.

20         Q.    Are you under the influence of

21    any drugs or alcohol that would prevent you

22    from answering my questions truthfully and

23    honestly today?

24         A.    No.

25         Q.    Okay.  Where do you live?

Jodie Louise Gordon
October 08, 2024

1

2          A.     In Brooklyn.

3          Q.     Whereabouts?

4          A.     55 Flake Street.

5          Q.     Okay.  And how long have you

6     lived there?

7          A.     14 months.

8          Q.     Okay.  And where did you live

9     before you lived there?

10         A.     What was the address?  125

11    Borinquen Place.

12         Q.     And where is that?

13         A.     East Williamsburg.

14         Q.     And how long did you live

15    there?

16         A.     I believe like one year.

17         Q.     And before you lived there,

18    where did you live?

19         A.     70 North Fourth Street,

20    Brooklyn.

21         Q.     And how long did you live

22    there?

23         A.     I'm going to say about seven or

24    eight years.

25         Q.     Okay.  And before you lived

Jodie Louise Gordon
October 08, 2024

1

2    there, where did you live?

3         A.    Spencer Street.

4         Q.    Where is Spencer Street?

5         A.    Brooklyn, New York.

6         Q.    Okay.  And when did you live on

7    Spencer Street?

8         A.    I lived there for about ten

9    years.

10        Q.    And when was that?

11        A.    You have to -- I can't -- I

12   don't know exact dates.

13        Q.    Sure.  Approximately?

14        A.    Approximately, if you take all

15   of the years off from the two previous.

16        Q.    Okay.  Where did you reside

17   before Spencer Street?

18             MS. PATELIS:  Objection.

19        What's the relevancy?

20        Q.    You can answer the question if

21   you understand.

22        A.    I don't even remember.  I've

23   moved around so much in those years prior.

24        Q.    All right.  Okay.  Will you

25   take me through your educational and/or

Jodie Louise Gordon
October 08, 2024

1

2    professional background?

3            MS. PATELIS:  Objection.

4        Compound question.

5        Q.    Did you understand the

6    question?  You can answer.

7            MS. PATELIS:  Can you rephrase

8        it for the client?

9        Q.    Did you understand my question?

10       A.    Can you please say it again?

11       Q.    Can you take me through your

12   educational and/or professional background?

13           MS. PATELIS:  Objection.  Time

14       frame.

15       Q.    If you understand the question,

16   you can answer.

17       A.    I had -- I did an

18   apprenticeship as a hair dresser.  So I was

19   a qualified hair dresser.  That would be my

20   certification.

21       Q.    And when was that?

22       A.    A long time ago.

23       Q.    Okay.  Best of your

24   recollection, when did you get certified as

25   a hairdresser?

Jodie Louise Gordon
October 08, 2024

1

2          A.     When I was 20 years old.

3          Q.     Was that your first

4    professional job?

5          A.     Yes.

6          Q.     What did you do after that?

7          A.     I was modeling.

8          Q.     Okay.  And when would you say

9    you started modeling?

10         A.     When I was 24.

11         Q.     Okay.  How old are you?

12         A.     52.

13         Q.     Okay.  How long did you model?

14         A.     A few years on and off.  I

15   don't know exact time frame.

16         Q.     Okay.  What type of modeling

17   did you do?

18         A.     Plus size and straight size.

19         Q.     And then after that, what did

20   you do?

21         A.     I fell into the other side and

22   started learning how to become an agent.

23         Q.     And that's what you -- when you

24   say the other side, you're referring to

25   being an agent?

Jodie Louise Gordon
October 08, 2024

```
 1

 2         A.    Yes.

 3         Q.    Okay.  What did you do to

 4    become an agent?

 5         A.    Learn how to book models.

 6         Q.    Okay.  And what's entailed in

 7    booking the model?

 8         A.    Securing jobs for them.

 9         Q.    Forgive me that I don't know

10    anything about the modeling industry so --

11    or at least you can assume I know nothing.

12    And I'm going to ask you to do your best to

13    educate me.  Tell me about the industry.

14    Like how does it work?

15              MS. PATELIS:  Objection to

16         form.

17         Q.    You can answer.

18              THE WITNESS:  Maria, we --

19              MS. PATELIS:  I mean, do you

20         understand what he's asking?

21         A.    I mean we develop somebody who

22    we believe we can acquire work for them and

23    try to get them jobs.

24         Q.    Okay.  That's the process of

25    being an agent you're saying?
```

Jodie Louise Gordon
October 08, 2024

1

2          A.     Yes.

3          Q.     Okay.   How long have you done

4     that or did you do that?

5                 MS. PATELIS:  Objection.   Time

6               frame.

7          Q.     You can answer.

8                 MR. KASELL:  Maria, I am --

9               that is -- I'll call the judge for a

10              ruling if you'd like.

11                MS. PATELIS:  You can also do

12              that but not -- but just make sure

13              the time on it is like within a

14              specific time frame.

15                MR. KASELL:  If she understand

16              my question, she can answer.

17                MS. PATELIS:  But they also

18              have to be properly formed.

19                MR. KASELL:  I was hoping we

20              wouldn't have to call the judge for a

21              ruling so early.

22                MS. PATELIS:  A ruling on how?

23              On your last question?

24                MR. KASELL:  On your objection.

25                MS. PATELIS:  I can object.

Jodie Louise Gordon
October 08, 2024

```
1

2           MR. KASELL:  You can.  I assume

3      you know what rules apply to a

4      deposition.

5           MS. PATELIS:  Of course.

6           MR. KASELL:  This is not a

7      trial.

8           MS. PATELIS:  And I still have

9      a right to reserve my objection and

10      place it on the record.

11           MR. KASELL:  All objections

12      except to form are reserved for

13      trial.

14           MS. PATELIS:  I'm not here for

15      you teach me the law.  I'm just

16      asking you to ask proper questions.

17      That's all.

18           MR. KASELL:  I'm going to give

19      you one last chance and then I'm

20      going to --

21           MS. PATELIS:  You don't have to

22      give me any chances.  You're being

23      argumentative.  And I'll put it on

24      the record this is how it's been

25      dealing with your office and then
```

Jodie Louise Gordon
October 08, 2024

1

2          dealing with this proceeding.  If I

3          ask a question and I'm objecting to

4          time frame, then you have to focus on

5          time frame; within the past five

6          years, within the past ten years.

7              MR. KASELL:  Please don't tell

8          me how to conduct my deposition.

9              MS. PATELIS:  So let's

10         continue.  Can you read back the last

11         question, please?

12             (Whereupon, the referred-to

13         question was read back by the

14         Reporter.)

15     A.    I've been doing this I would

16     say for approximately 20 years thereabouts.

17     Q.    What was the first agency

18     you've worked with?

19             MS. PATELIS:  Objection to

20         form.  You have to lay a foundation.

21         You're assuming facts that aren't

22         entered into evidence.

23             MR. KASELL:  All right.  We'll

24         be calling the judge.

25             MS. PATELIS:  Thank you.  You

Jodie Louise Gordon
October 08, 2024

1

2          have the last question on the record?

3                  THE COURT REPORTER:  Yes.

4                  MS. PATELIS:  Thank you.

5                  (Whereupon, a short recess was

6          taken to call the court.)

7      Q.    How many years did you work for

8  agencies before founding your own agency?

9                  MS. PATELIS:  Objection.

10          You're assuming facts not into

11          evidence.

12      Q.    Did you ever form your own

13  agency?

14      A.    Yes.

15      Q.    When did that happen?

16      A.    I don't know -- I don't

17  remember the exact year.

18      Q.    Best guess.

19                  MS. PATELIS:  Objection.

20          Client should not be directed to

21          guess.

22      Q.    I'm asking for an

23  approximation.

24      A.    Around 2005, 2006.

25      Q.    Okay.  And what was that

Jodie Louise Gordon
October 08, 2024

1

2    agency?

3         A.    Fusion Model Management.

4         Q.    Okay.  And where was Fusion

5    Model Management located?

6         A.    There was a few different

7    addresses.  I don't remember all the

8    addresses.  They were in the city.

9         Q.    Okay.  Do you recall how many

10   different ones?

11        A.    A couple.  We were at a We Work

12   space.  And then we went to a space on

13   Little West 12th Street.  And then at a

14   space at 601 21st Street.

15        Q.    Okay.  And was that the last

16   space that Fusion -- I gather there have

17   been a number of different Fusion entities;

18   is that correct?

19        A.    Not that many, no.

20        Q.    Have there been more than one?

21        A.    Yes.

22        Q.    Okay.  How many Fusion entities

23   have there been?

24        A.    Two.

25        Q.    What were those?

Jodie Louise Gordon
October 08, 2024

```
 1
 2        A.    Fusion Model Management and
 3   Fusion Modeling Agent LLC.
 4        Q.    Was there a Fusion Modeling
 5   Inc.?
 6        A.    Fusion Model Management, Inc.
 7   That was previous.  That's the one I
 8   mentioned.
 9        Q.    So there's still only two of
10   them?
11        A.    No.  You're aware of my Fusion
12   Models BK.  You're aware of that.
13        Q.    Okay.  Are there any other
14   Fusion entities?
15        A.    No.
16              MS. PATELIS:  I just want to
17        put on the record that Fusion
18        Modeling Agency LLC was judicially
19        dissolved.
20              THE WITNESS:  Correct.
21        Q.    Do you have any idea how big
22   the modeling business is?
23              MS. PATELIS:  Objection.  Time
24        frame.
25        Q.    Well, okay.  If you understand
```

Jodie Louise Gordon
October 08, 2024

1
2    the question, you can answer.

3        A.    Can you please ask the question

4    again?

5        Q.    How big is the modeling agency

6    -- excuse me -- the modeling industry?

7            MS. PATELIS:  Objection.

8        You're asking her to give an opinion

9        of what the modeling agency --

10            MR. KASELL:  It's not an

11        opinion.

12            MS. PATELIS:  It is.  How

13        does --

14            MR. KASELL:  It's a finite

15        number.  If she doesn't know, she can

16        say she doesn't know.

17            MS. PATELIS:  Okay.  That's

18        fine.

19        A.    I mean it's an industry like

20    all industries.

21        Q.    I mean how many agencies are

22    you aware of in New York?

23        A.    There's a -- it's such a random

24    question because every agency is very

25    independently different.

1

2          Q.    Okay.  What makes them

3    different or how are they different?

4          A.    Some have been established for

5    a long time and had very big investments.

6    They're part of a network worldwide.  I

7    mean there's lots of variables.

8          Q.    Okay.  How many -- how large an

9    agency was the first Fusion -- strike that.

10               What the first Fusion entity

11   that you are aware of?

12         A.    Fusion Model Management, Inc.

13         Q.    Okay.  And what was the next

14   Fusion entity?

15         A.    Fusion Modeling Agency LLC.

16         Q.    Okay.  And then the third one

17   was Fusion BK?

18         A.    Correct.

19         Q.    Okay.  And is that the -- I

20   don't want to get the name wrong so is it

21   just Fusion BK, is it --

22         A.    Fusion Models BK LLC.

23         Q.    Okay.  Thank you.  Okay.  When

24   was each of those three entities founded?

25         A.    Founded?  I wasn't the founder

1

2    of the initial Fusion.

3         Q.    Okay.  Who was?

4         A.    Jill Oshin.

5         Q.    And who is Jill Oshin?

6         A.    She was the person that founded

7    Fusion Model Management Inc.

8         Q.    And what did she do as a

9    founder?

10        A.    I guess she established Fusion

11   Model Management Inc.

12        Q.    Well --

13        A.    I'm sorry.

14        Q.    Oh, okay.  That's -- did you

15   take over -- what happened to Fusion Model

16   Management?

17        A.    Ms. Oshin called me to hire me

18   to work for her.

19        Q.    When was that if you remember?

20        A.    I don't remember what year

21   exactly.

22        Q.    Okay.  What did -- tell me

23   about that conversation.

24        A.    She wanted to hire me but

25   wanted to pay me hardly no money.  She had

Jodie Louise Gordon
October 08, 2024

1

2    no money to pay me.

3         Q.    And what happened?

4         A.    So I suggested to her that she

5    could make me a partner.

6         Q.    And is that what happened?

7         A.    Yes.

8         Q.    And as a partner in Fusion

9    Modeling Inc.; is that right?

10        A.    Fusion Model Management.

11        Q.    Fusion Model Management.  How

12   long were you partner in Fusion Model

13   Management?

14        A.    Until we became Fusion Modeling

15   Agency LLC.

16        Q.    And when was that?

17        A.    It was later.  I want to say --

18   I don't -- I don't remember the exact date

19   or year.

20        Q.    Okay.  Best guess.

21        A.    I really don't remember the

22   exact year.

23        Q.    Okay.  How long were you -- did

24   you operate the Fusion Model Management

25   LLC?

Jodie Louise Gordon
October 08, 2024

```
 1
 2        A.    The Fusion Model Management
 3   Inc., the first one are we referring to?
 4        Q.    Fusion Model Management.   Okay.
 5   How long did that last?
 6             MS. PATELIS:   Which one?
 7             THE WITNESS:   The Fusion Model
 8        Management Inc.
 9        A.    I don't know.  I don't recall
10   how many years we had that going.   It was
11   maybe -- I don't know -- six or seven.
12   Could be more.  Could be less.
13        Q.    Okay.  Was Jodie -- sorry --
14   was Ms. Oshin involved with that at the end
15   of it?
16        A.    No, she was not.
17        Q.    Okay.  So she was no longer an
18   owner in that entity?
19        A.    No, she was not.
20        Q.    Were you the only owner of that
21   entity?
22        A.    No, there was another partner
23   as well.  Ronald Sklar.
24        Q.    And what was the ownership
25   percentage?
```

Jodie Louise Gordon
October 08, 2024

1

2        A.    I don't remember the

3   percentages.  Mr. Pollack was also a

4   partner.

5        Q.    Okay.  Were there any other

6   partners?

7        A.    Not that I remember.  It's so

8   long ago.

9        Q.    Okay.

10       A.    I think that was everyone.

11       Q.    Okay.  And what was Mr. Sklar's

12   role?

13       A.    He was working there.

14       Q.    Doing what?

15       A.    Being an agent.

16       Q.    Okay.

17       A.    Soliciting work for talent.

18       Q.    And is that how you would

19   define the role of an agent?

20       A.    He --

21            MS. PATELIS:  Objection.

22       Q.    You can answer.

23       A.    Yes.

24       Q.    How many agents were there at

25   that Fusion entity?

Jodie Louise Gordon
October 08, 2024

1

2        A.    Just myself and Mr. Sklar.

3        Q.    Okay.  And how many models were

4     --

5        A.    Oh, I don't remember.

6             MS. PATELIS:  And objection to

7         time frame.

8        Q.    Now when that company worked

9     with models, were they under contract?  How

10    did that work?

11            MS. PATELIS:  Objection to

12        form.

13       Q.    You can answer.

14            MS. PATELIS:  Can you put it in

15        a time frame?

16            MR. KASELL:  I'm trying to

17        understand.  As I said, I don't

18        understand this business so I'm

19        trying to understand.

20       A.    Considered independent

21    contractors.  They were on 1099s.

22       Q.    Okay.  And how many independent

23    contractors did you have at that time?

24       A.    I don't --

25            MS. PATELIS:  Objection to time

Jodie Louise Gordon
October 08, 2024

```
 1
 2        frame.
 3        A.    I don't know.  I don't know.
 4              MS. PATELIS:  Are you referring
 5        to the aforementioned of LLC or
 6        towards the end because it's --
 7              MR. KASELL:  I'm going to wait
 8        for a ruling then --
 9              MS. PATELIS:  Sure.  Because
10        you need to specify your questions
11        more specific because they're very
12        open ended.  I don't understand.  And
13        no one's going to be able --
14              MR. KASELL:  We're off the
15        record, please.
16              (Whereupon, an off-the-record
17        discussion was held.)
18        Q.    How did you meet Kevin Pollack?
19        A.    Through Jill Oshin.
20        Q.    Okay.  And what were the
21  circumstances of your meeting?
22        A.    Jill had -- Jill and Kevin were
23  friends and working together on, from what
24  I remember -- it's so long ago -- movie
25  deals.  They were working for movie
```

Jodie Louise Gordon
October 08, 2024

1

2    screenplays to get picked up.  And Jill

3    wanted Mr. Pollack to become a partner.

4        Q.    Okay.  And did that happen?

5        A.    Yes.

6        Q.    Do you recall how much Kevin

7    Pollack invested?

8        A.    Not off the top of my head.  I

9    wasn't -- it wasn't a lot of money.

10       Q.    Okay.  Did he invest like more

11   than once like in --

12       A.    I believe so.

13       Q.    Okay.  Do you have any idea how

14   much he invested in total?

15       A.    Not off the top of my hand, not

16   the exact amounts.

17       Q.    Okay.  If you had to guess?

18       A.    I think the first time he put

19   like 50 or like 75,000.  I don't really

20   remember.

21       Q.    Okay.

22       A.    And I don't remember how it was

23   all set up to be honest.

24       Q.    That's okay.  Do you recall

25   when Ron Sklar left Fusion?

Jodie Louise Gordon
October 08, 2024

1

2          A.    I don't recall the year.

3                MS. PATELIS:  Objection.

4          A.    I don't recall the year.  But

5     he was bought out of the company.

6          Q.    He got bought out?  Okay.

7          A.    Yes.

8          Q.    All right.  Were there -- was

9     there anything else about his leaving

10    Fusion?  Was just purchase of interest?

11         A.    He was bought out because we

12    had different views and opinions on things.

13         Q.    Were you married to Ron Sklar?

14         A.    Yes.

15         Q.    Tell me about the circumstances

16    of that.

17                MS. PATELIS:  Objection.

18          Relevancy.

19         Q.    You can answer.

20         A.    I'm not answering that

21    question.

22                MR. KASELL:  All right.  Then

23          we'll definitely need a ruling from

24          the court.

25                (Whereupon, a short recess was

Jodie Louise Gordon
October 08, 2024

1

2          taken to call the court.)

3               JUDGE BULSARA:  I've now

4     received two calls to my chambers

5     without the parties waiting for a

6     response to the first phone call.

7     Let me be perfectly clear, it appears

8     to me that both sides behavior at

9     this deposition and their animosity

10    towards each other is entirely

11    inappropriate.  I'm going to remind

12    the parties of their obligation under

13    Rule 30(c) which says that objection

14    must be stated concisely in a

15    nonargumentative and nonsuggestive

16    manner.  The typical practice in a

17    deposition unless you're instructing

18    a witness not to answer is to simply

19    say objection to form.  I will also

20    remind the parties of their

21    obligations to (inaudible) --

22               THE COURT REPORTER:  I can't

23    hear --

24               JUDGE BULSARA:  -- the parties

25    have to cooperate and act courteously

Jodie Louise Gordon
October 08, 2024

1

2          within discovery.  It is highly

3          unorthodox and unusual for parties to

4          call the court when there is not an

5          instruction to a witness not to

6          answer.  It is also highly unusual

7          and inappropriate for the parties to

8          bring their bickering to the court's

9          attention.  I urge you both to cut it

10         out, take a deposition, act like

11         every other party who knows how

12         behave with each other.  I enforce

13         obligations, state objections in a

14         nonarguementative manner as well to

15         corporate in discovery.  I enforce

16         those strict rules.  I do not expect

17         any further phone calls on this.

18         This matter as far as I'm concerned

19         is closed.  Continue with the

20         deposition.

21              MR. KASELL:  Thank you, Your

22         Honor.

23              MS. PATELIS:  Thank you, Your

24         Honor.

25              (Whereupon, the phone call with

Jodie Louise Gordon
October 08, 2024

```
 1
 2          the court has ended.)
 3       Q.    Were you paid by Fusion?
 4       A.    Yes.
 5            MS. PATELIS:  Objection.
 6       Q.    Were you paid salary or was
 7   your compensation derived in some other
 8   way?
 9            MS. PATELIS:  Objection.  Time
10        frame and compound.  You can answer.
11       A.    I believe I was paid as an
12   independent contractor.
13       Q.    Throughout your time or did
14   that ever change?
15       A.    Throughout the time.
16       Q.    Did you ever draw salary from
17   Fusion?
18       A.    Well I would call it a salary
19   or what's the other word for it?  A draw.
20       Q.    Okay.  Were you paid by -- do
21   you know if you got a W2 at the end or was
22   it some other -- was it a K1 or something
23   else?
24       A.    I believe it was a 1099.
25       Q.    Did you receive any other
```

Jodie Louise Gordon
October 08, 2024

1

2    compensation from Fusion?

3              MS. PATELIS:  Objection.  Time

4          frame.

5        A.    No.  I believe one time, I

6    received a check for selling part of our

7    shares at one point.

8        Q.    Okay.  Did Fusion pay for your

9    divorce?

10             MS. PATELIS:  Objection.

11        Relevancy.

12        A.    I don't remember.

13        Q.    Do you know what your total

14   comp was in any of the years you worked for

15   Fusion?

16        A.    What do you mean?

17        Q.    How much you were paid?

18        A.    It varied.  A lot of these I

19   never paid what I was supposed to get paid

20   because I couldn't always afford to pay

21   myself.  Had other people to pay prior.

22        Q.    Okay.  Just explain how that

23   works how you pay yourself or?

24        A.    Because I couldn't always

25   afford to pay for myself.  So if I had

Jodie Louise Gordon
October 08, 2024

1

2      payroll and waiting for people to pay

3      Fusion, I would a lot of the time come

4      last, to get paid last and compensated.

5           Q.    Okay.  And now payroll was for

6      -- who was on the payroll?

7           A.    Employees.

8                 MS. PATELIS:  Objection.  Time

9            frame.

10          Q.    And the employees, now you

11     mentioned were they -- what were the type

12     of employees?  I don't want their names.  I

13     just want to know the categories.

14          A.    Bookers slash agents.

15          Q.    Okay.  Anything else?

16          A.    Art department.  Receptionist.

17          Q.    Anybody else?

18          A.    No.

19          Q.    Those are all people on the

20     payroll?  Yes?

21          A.    Yes.

22          Q.    Now you had said you were a

23     1099 employee, right?

24          A.    Yes.

25          Q.    So that's not on payroll,

Jodie Louise Gordon
October 08, 2024

1

2    right, that's an independent contractor,

3    right?

4         A.    Yeah.

5         Q.    What determined how much you

6    got paid?

7              MS. PATELIS:  Objection.  Time

8        frame.

9         A.    Mr. Pollack.

10        Q.    Okay.  Did he set what your pay

11   was?

12        A.    Yes.

13        Q.    Okay.  What was your pay?

14             MS. PATELIS:  Objection.  Time

15        frame.

16        A.    Which years?

17        Q.    In any year you remember.

18   We'll go most recently.

19        A.    I mean earlier, there was a lot

20   of time I wasn't making hardly any money.

21   I went for years sleeping on floors and

22   surf couching to keep the agency alive when

23   it wasn't making money.

24        Q.    Okay.  What was would you say

25   was Fusion's best year?

Jodie Louise Gordon
October 08, 2024

1

2           MS. PATELIS:  Objection.  In

3       terms of what?

4       A.    I can't really honestly answer

5   that question.  It depends how you

6   determine what a good year is.

7       Q.    That was going to be -- I was

8   going to get into that, too.  So what would

9   you consider success while running Fusion?

10      A.    I think that's -- it's pretty

11  open ended.  Because I could vary success

12  on so many different things.  I mean the

13  company was slowly growing.  You could see

14  revenue was increasing.  I would say that's

15  successful.

16      Q.    Okay.  So what would you say

17  Fusion's best year?

18          MS. PATELIS:  Objection.

19      A.    I would say -- I can -- I can

20  answer that question.  I would say maybe

21  2018 or 2019 --

22      Q.    Okay.

23      A.    -- I think were years where I

24  could say things turned in a positive

25  direction.

Jodie Louise Gordon
October 08, 2024

1

2      Q.    Why would you say it was the

3   best year?

4      A.    I wouldn't say it was the best

5   year.  Just there was things that happened

6   that were -- seemed to be exciting.

7      Q.    Like what?

8      A.    Models doing -- booking's doing

9   well.  People that -- just yeah.  I don't

10  know.  It seemed to be moving in a positive

11  direction.

12     Q.    Okay.  How many models -- and

13  that, you said that was 2018, '19?

14     A.    Mm-hmm.

15     Q.    Okay.  How many models were

16  under contract at that time?

17          MS. PATELIS:  Objection to

18      form.

19     A.    We've never had a huge amount

20  of models.  We're a super inde -- boutique

21  agency.  But I couldn't give you an exact

22  answer.

23     Q.    Best guess.

24     A.    I don't think we've ever had

25  more than 50 models.

Jodie Louise Gordon
October 08, 2024

```
 1
 2        Q.    Okay.  And when I was asking
 3   before about the -- I'm -- you'll see from
 4   my questions I want to learn a little bit
 5   about the modeling agency -- business.  So
 6   you had, you know, models under contract.
 7   Do they get a pay rate or how does it work
 8   their pay --
 9              MS. PATELIS:  Object --
10              MR. KASELL:  You can object
11        then.
12              MS. PATELIS:  Objection to
13         compound.  You have to set a
14         foundation.
15        Q.    So do models get paid by the
16   day, by the hour, by the job?
17        A.    By the job on the day.
18        Q.    Okay.  And I assume the top
19   models get the most money?
20        A.    Correct.
21        Q.    What would you say was the best
22   rate?  Is it a day rate?
23        A.    A day rate.
24        Q.    Okay.
25        A.    If a model's earning 7,500 to
```

Jodie Louise Gordon
October 08, 2024

 1

 2    10,000 for a day, that's great.  That's a

 3    good rate.

 4         Q.    Okay.

 5         A.    But sadly, that doesn't happen

 6    every day.

 7         Q.    I'm sure.  And how many models

 8    do you think Fusion in that best year had

 9    at that top rate do you think?

10         A.    Not many.  Small handful.

11         Q.    When you say a small handful,

12    you mean how many?

13         A.    Under five.

14         Q.    Okay.  And then --

15         A.    I could be wrong.  It's

16    really --

17         Q.    That's fine.  I'm not asking

18    for you to tell me if I were to open up the

19    books what I'm going to see.  I'm just

20    trying to understand generally.

21         A.    Right.  I wish I had a hundred

22    of them.

23         Q.    And then the rates for other

24    models, so if the top rate is 7,500 to

25    10,000?

Jodie Louise Gordon
October 08, 2024

```
 1

 2        A.    It would be a thousand to

 3   3,000.  Sometimes 500.

 4        Q.    Okay.  And about how much of

 5   those level models would you say Fusion had

 6   in its best year in that 2018, 2019?

 7        A.    I can't honestly answer.  Maybe

 8   20.

 9        Q.    Okay.

10        A.    I don't know.

11        Q.    Okay.

12        A.    It's not a huge bracket.

13        Q.    Understood.  All right.  Do you

14   recall distributions being made through

15   investors in Fusion?

16        A.    No.

17        Q.    Okay.  Why or why not?

18             MS. PATELIS:  Objection.  She

19        just said no.

20        Q.    Okay.  Then why not?

21        A.    We just didn't have profit to

22   do that because the company was still

23   growing.

24        Q.    Do you recall how many bank

25   accounts Fusion had?
```

Jodie Louise Gordon
October 08, 2024

```
 1
 2              MS. PATELIS:  Objection.  Time
 3        frame.
 4        Q.    You can answer if you remember.
 5        A.    Well it's multiple companies.
 6   So I really -- I don't know greatly how
 7   many.  But never very many, many accounts.
 8        Q.    What were the accounts for?
 9        A.    Checking.  Mainly checking
10   account.
11        Q.    Did you have a payroll account?
12        A.    At one point, yes.
13        Q.    Okay.
14        A.    Well no, everything came out of
15   checking.
16        Q.    Okay.
17        A.    All payments were out of
18   checking.
19        Q.    Okay.  And so is that why you
20   said -- and I forgot the answer.  You could
21   read it back I suppose -- but how many
22   accounts?  Was it just one you just said?
23        A.    Well it depends.  You're
24   referring to which company?
25        Q.    Okay.  Yeah.  You can take me
```

Jodie Louise Gordon
October 08, 2024

1

2    through any of the different -- the three

3    Fusion entities?

4        A.    We had a savings account and a

5    checking account.

6        Q.    When you say we, I'm --

7        A.    The company.

8        Q.    Which company?  Let's --

9        A.    Well Fusion Model Management --

10   it's so long ago -- we had a checking

11   account.  And Fusion Modeling Agency, we

12   had a checking account and a savings

13   account at one point.

14       Q.    And Fusion BK?

15           MS. PATELIS:  Objection to

16        relevancy.  But you can answer.

17       A.    Fusion BK, I don't know.  I

18   have to look.

19           MS. PATELIS:  No --

20       A.    I believe it's two.  Two

21   accounts.

22       Q.    Okay.

23       A.    Checking and a savings.

24       Q.    All right.  Did you ever use

25   Kevin Pollack's information for a loan or

Jodie Louise Gordon
October 08, 2024

1
2    anything?
3            MS. PATELIS:  Objection.  Time
4        frame.
5    Q.    Ever?
6    A.    Yes.
7    Q.    And what was that -- what type
8    of loan?
9    A.    A SBA loan.
10   Q.    Was that for PPP for payment --
11   A.    Yes, correct.  Yes.
12   Q.    Okay.  You had his permission
13   for at that?
14   A.    Yes.
15   Q.    Okay.  Did you tell him about
16   that loan?
17           MS. PATELIS:  Objection to
18       form.
19   A.    Yes, he was aware.
20   Q.    Okay.  Did you ever try to
21   conceal that loan from him?
22           MS. PATELIS:  Objection.
23       Argumentative.
24   Q.    If you understand.
25   A.    He was aware.

Jodie Louise Gordon
October 08, 2024

1

2       Q.    Okay.  Let's go back in time.

3  Yeah, going back to let's say the end of

4  the year in 2019 before everything shut

5  down, where was Fusion located?

6       A.    101 North 10th Street.

7       Q.    Okay.  Did Fusion have a lease

8  for that location?

9       A.    Yes.

10       Q.    Okay.  And what were the -- if

11  you know the terms of the lease?  Like how

12  long it was for?

13       A.    I think it's either 10 or

14  12 years.

15       Q.    Okay.  Do you recall about how

16  far into the lease you were at that point?

17       A.    Two or three years.

18       Q.    And back in December of 2019,

19  Fusion was Fusion Modeling LLC, right?

20       A.    From what I remember, yes.

21       Q.    Okay.  I just want us to be on

22  the same page.

23       A.    Yeah.

24       Q.    Did Fusion have a website at

25  that point?

Jodie Louise Gordon
October 08, 2024

1

2          A.    Yes.

3          Q.    Do you know what the web

4    address was?

5          A.    I believe it's Fusionmodels.com

6    or Fusion -- I think's Fusion Models or

7    Fusion NYC.  I don't know.  I never look at

8    the website to be honest with you.

9          Q.    That's okay.  Do you remember

10   what the Fusion -- what Fusion's phone

11   number was at that point at the end of the

12   2019?

13         A.    I mean Fusion's always had the

14   same phone number.  It's 212-675-1300.

15         Q.    And so it still has that phone

16   number?

17         A.    Mm-hmm.

18         Q.    Okay.  So like throughout its

19   -- even when it was at a different

20   location, Fusion had that phone number?

21         A.    Yup.

22         Q.    What about -- and its e-mail

23   address, I guess Fusion had -- well

24   actually, let me ask the question.

25               What's the e-mail address for

Jodie Louise Gordon
October 08, 2024

1

2    Fusion?

3         A.    The e-mail address?

4               MS. PATELIS:  Objection.  Time

5          frame?

6         Q.    Well if you know it at any

7    time.

8         A.    We had a couple of different

9    e-mail addresses.

10        Q.    Has that changed over time?

11        A.    Yes.

12        Q.    Do you recall over what time

13   period it's changed or?

14        A.    I don't remember exact time

15   frames.

16        Q.    Okay.  Who monitors that e-mail

17   address?

18        A.    We have IT people.

19        Q.    Okay.  And who gets to read

20   those e-mails?

21               MS. PATELIS:  Objection to time

22          frame.

23        A.    People receiving the e-mails.

24        Q.    Okay.  So it doesn't go to

25   one --

Jodie Louise Gordon
October 08, 2024

1

2          A.     No.

3          Q.     -- central spot?  It's --

4          A.     Yeah.

5          Q.     -- whoever has control over the

6     e-mail?

7          A.     Yeah.

8          Q.     Okay.  Now we've spoken before

9     about contracts with models.  Are there

10    contracts with agencies or it doesn't work

11    that way?

12         A.     There are contracts as an

13    independent contractor that's assigned to

14    the agency.

15         Q.     So the contract between whom?

16         A.     Between Fusion Modeling Agency

17    LLC and the independent contractor.

18         Q.     That would be the model?

19         A.     Correct.

20         Q.     Okay.  In Fusion's office, do

21    you own -- does Fusion own its furniture?

22              MS. PATELIS:  Objection to time

23         frame.

24         Q.     Well --

25         A.     Yes, Fusion purchased it's

Jodie Louise Gordon
October 08, 2024

```
1
2    furniture.  Yes.
3         Q.    Okay.  Do you recall which
4    Fusion entity purchased the furniture?
5         A.    Fusion Modeling Agency LLC.
6         Q.    Okay.  And did Fusion Modeling
7    Agency LLC buy anything else?
8         A.    Well --
9         Q.    Desks or I guess desk --
10        A.    Well we had to set up the
11   office.  We had to output an entire office.
12        Q.    Okay.  With what?  Like
13   computers?
14        A.    We had to install everything.
15   There was no electrical.  There was no
16   plumbing.  There was nothing.  So we had to
17   install everything.
18        Q.    Oh.  How big -- what did you
19   spend on a build-out like that?
20             MS. PATELIS:  Objection to
21        form.
22        A.    It was significant.  I don't
23   know the exact numbers.
24        Q.    Okay.  Would you say it's more
25   than $10,000?
```

Jodie Louise Gordon
October 08, 2024

```
 1

 2        A.    Yeah.

 3        Q.    More than 20?

 4        A.    Yeah.

 5        Q.    More than 30?

 6        A.    Yeah.

 7        Q.    More than 40?

 8        A.    Yeah.

 9        Q.    Okay.  More than 50?

10        A.    Yes.

11        Q.    Okay.  Was it more than 100?

12        A.    Yes.

13        Q.    More than 200?

14        A.    I don't know exactly --

15        Q.    Okay.

16        A.    -- when it ended.  But it was

17   significant.

18        Q.    So approximately, how much was

19   spent on the build-out?

20        A.    I don't know an approximate.

21   But it was approximately around 200 plus.

22        Q.    That's all -- that's for all of

23   the expenses, not just -- when you say 200

24   plus, what do you mean?

25        A.    Contractors that had to be
```

Jodie Louise Gordon
October 08, 2024

1

2    paid, to pay for tiles, for everything.

3    The office was a raw space.

4         Q.    Okay.  And then you had to

5    purchase -- not you -- Fusion had to

6    purchase other furniture and computers,

7    phones, et cetera?

8              MS. PATELIS:  Objection.

9         Q.    Yes?

10        A.    Yes.

11        Q.    Okay.  What else did they have

12   to buy or did Fusion have to buy?  Sorry.

13        A.    I think I answered that.

14        Q.    Okay.  And does Fusion have a

15   logo?

16        A.    I wouldn't say a logo per se.

17        Q.    Okay.  But what would you call

18   it?

19        A.    I don't feel like we have a

20   proper logo.  No, not really.  I wouldn't

21   call it a logo.

22        Q.    Okay.  And I'm guessing that

23   Fusion has like a social media presence?

24             MS. PATELIS:  Objection.  Time

25        frame.

Jodie Louise Gordon
October 08, 2024

1

2          A.     We have social media.

3          Q.     Okay.  What social media --

4          A.     I wouldn't say it's that

5     present to be honest with you.  I would

6     like it to be more present.  But it's not

7     that present.

8          Q.     Okay.  Well like what?  A

9     Facebook account?

10         A.     No, we don't have Facebook.

11         Q.     Instagram?

12         A.     Just Instagram.

13         Q.     Just Instagram.  Anything else?

14         A.     And Tik Tok.  I don't know how

15    active that Tik Tok is.  I don't even look

16    at it.

17         Q.     The -- and I'm -- Fusion also

18    has photographs that it owns?

19         A.     No, we don't.  I can't say we

20    own photographs.

21         Q.     Okay.  You don't.  That's where

22    I don't know much about the industry.

23    That's why I'm asking.

24               Okay.  And digital images, did

25    they own that?

Jodie Louise Gordon
October 08, 2024

1

2        A.    Digital images?  Like we don't

3    own digital.  That's something --

4        Q.    Okay.  Who owns the images

5    typically?

6             MS. PATELIS:  Objection to

7         form.

8        A.    I don't understand what you

9    mean.

10       Q.    Okay.  I'm -- neither do I.

11    And --

12             MS. PATELIS:  I don't even know

13        what a digital image is.

14             MR. KASELL:  Well a picture

15        that's --

16             THE WITNESS:  Pictures of

17        models.

18             MR. KASELL:  Right.

19       Q.    I'm just trying to understand

20    who owns them.

21       A.    The models.

22       Q.    The models?

23       A.    Yeah.

24       Q.    Okay.  Now as your counsel put

25    on the record before, Fusion Modeling LLC

1

2    was dissolved; is that correct?

3         A.    Yes.

4         Q.    Okay.  Do you recall the date

5    of dissolution?

6              MS. PATELIS:  Objection.  The

7          order speaks for itself.

8         A.    No.

9         Q.    Okay.  What did you do as part

10   of that dissolution?

11        A.    What do you mean?

12        Q.    Well, the company was --

13             MR. KASELL:  Let me just get my

14         dates right.

15             THE WITNESS:  Is it okay if I

16         could use the restroom?

17             MR. KASELL:  Yeah, let's go off

18         the record.

19             THE WITNESS:  Thank you.

20             (Whereupon, a short recess was

21         taken.)

22        Q.    Now Fusion Modeling LLC was

23   dissolved on May 3, 2021, correct?

24        A.    If that's what's it says then

25   yes.

Jodie Louise Gordon
October 08, 2024

1

2      Q.     Okay.  What did you do to

3   dissolve Fusion?

4      A.     It's been slowly dissolving.

5   It's not something that's been -- it wasn't

6   a quick dissolved.  It's taken time.

7      Q.     Okay.  But you had Fusion

8   Modeling LLC that was dissolved, right?

9      A.     Yes.

10      Q.     And the new entity Fusion

11   Modeling BK was formed.  What did you do to

12   close up Fusion Modeling LLC?

13      A.     I had to slowly wined

14   everything up.  We had to wait to get

15   models paid that were owed money from the

16   company.  And obviously, in this industry,

17   unfortunately, some of these clients take

18   very long to pay.  So it's just been a

19   process of waiting for clients that owed

20   that company money to pay the models.

21      Q.     How much is still owed?

22      A.     I think that is done.  And

23   there's a lot of people that also didn't

24   pay or weren't paying because of COVID.

25   Companies went bankrupt.  So that's money

Jodie Louise Gordon
October 08, 2024

1

2    we would never see.

3        Q.    Do you recall how much was

4    owed?

5            MS. PATELIS:  Objection.  Time

6        frame.

7        Q.    Well --

8        A.    Now I mean all the accounts are

9    closed.  So I don't think there's anything

10   left owed.  We had to wait to close things

11   out until things had been paid.

12       Q.    When do you think that

13   happened?

14       A.    Earlier this year.

15       Q.    Okay.

16       A.    It definitely takes time to

17   dissolve a company.

18       Q.    Okay.  How long were you

19   married to Ron Sklar?

20           MS. PATELIS:  Objection.

21        Relevancy.

22       A.    I don't recall.

23       Q.    Okay.  Did you live together?

24       A.    A little bit, yes.

25       Q.    Okay.  How long if you recall?

Jodie Louise Gordon
October 08, 2024

1

2          A.     I don't recall.

3          Q.     Okay.  Do you recall telling

4     anyone it was a green card marriage?

5               MS. PATELIS:  Objection to

6           relevancy and compound.

7          A.     I don't recall.

8          Q.     Was it a green card marriage?

9               MS. PATELIS:  Objection.

10          Assuming facts not into evidence.

11          Q.     You were married to him so was

12     -- you can answer the question.

13          A.     I'm not comfortable answering

14     the question.

15          Q.     Well would you -- if you -- do

16     you know what I mean when I say it was a

17     green card marriage?

18          A.     Not exactly.

19               MS. PATELIS:  Objection.

20          Argumentative.

21               MR. KASELL:  I have no further

22          questions.

23               MS. PATELIS:  I just have a

24          couple of questions.

25     EXAMINATION BY

Jodie Louise Gordon
October 08, 2024

1

2    MS. PATELIS:

3              MS. PATELIS:  I'm putting it on

4         the record that I'm the attorney

5         Maria Patelis on the behalf of the

6         defendants in this matter.

7         Q.    I just wanted to ask the

8    defendant when -- you mentioned three

9    corporate entities throughout this

10   proceeding, correct?

11        A.    Yes.

12        Q.    The first corporate entity was

13   Fusion Modeling Inc., correct?

14        A.    Fusion Model Management Inc.

15        Q.    Were you a shareholder of that

16   corporation?

17        A.    I believe so.

18        Q.    But you don't remember?

19        A.    I don't know what the

20   percentages were exactly or how it was

21   worded.

22        Q.    Was the plaintiff, Pollack, a

23   shareholder of the corporation?

24        A.    A shareholder slash partner.  I

25   don't recall how it was set up, the

Jodie Louise Gordon
October 08, 2024

1

2    structure of it.

3         Q.    Did there come a time that

4    Fusion Modeling Inc., which I'm referring

5    to the corporation, was dissolved or shut

6    down?

7         A.    It was shut down because new

8    partners came in and wanted to form the LLC

9    and they wanted the Inc. closed.

10        Q.    So when you formed the LLC, who

11   were the partners that were members, if

12   there were?

13        A.    I'm not sure what you mean by

14   members.  I can refer to like people that

15   had -- were shareholders per se.

16        Q.    Were they shareholders or were

17   they members of the LLC?

18        A.    I haven't looked at the

19   operating agreement in a long time.  I

20   believe Pollack -- Mr. Pollack was a member

21   and a partner shareholder.  And I can't

22   recall which other shareholders were was

23   members.

24             MS. PATELIS:  I have no further

25        questions either.  I just wanted to

Jodie Louise Gordon
October 08, 2024

1

2       clarify those things.

3               (Whereupon, at 12:04 P.M., the

4       Examination of this witness was

5       concluded.)

6

7                    ○           ○           ○           ○

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jodie Louise Gordon
October 08, 2024

1

2              D E C L A R A T I O N

3

4        I hereby certify that having been

5    first duly sworn to testify to the truth, I

6    gave the above testimony.

7

8        I FURTHER CERTIFY that the foregoing

9    transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

                  _____

15                    JODIE LOUISE GORDON

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20___.

20

21

     _____

22          NOTARY PUBLIC

23

24

25

Jodie Louise Gordon
October 08, 2024

```
 1

 2                    E X H I B I T S

 3

 4      EXHIBITS

 5

 6      EXHIBIT    EXHIBIT                        PAGE

 7      NUMBER     DESCRIPTION

 8      (None)

 9

10

11                    I N D E X

12

13      EXAMINATION BY                       PAGE

14      MR. KASELL                           4

15      MS. PATELIS                          54

16

17

18        INFORMATION AND/OR DOCUMENTS REQUESTED

19      INFORMATION AND/OR DOCUMENTS        PAGE

20      (None)

21

22

23          QUESTIONS MARKED FOR RULINGS

24      PAGE LINE QUESTION

25      (None)
```

Jodie Louise Gordon
October 08, 2024

```
 1

 2              C E R T I F I C A T E

 3

 4    STATE OF NEW YORK      )
                             :  SS.:
 5    COUNTY OF QUEENS       )

 6

 7          I, RANAE PORTER, a Notary Public for

 8    and within the State of New York, do hereby

 9    certify:

10          That the witness whose examination is

11    hereinbefore set forth was duly sworn and

12    that such examination is a true record of

13    the testimony given by that witness.

14          I further certify that I am not

15    related to any of the parties to this

16    action by blood or by marriage and that I

17    am in no way interested in the outcome of

18    this matter.

19          IN WITNESS WHEREOF, I have hereunto

20    set my hand this 16th day of October 2024.

21

22

23
                     RANAE PORTER
24

25
```

**$**

**$10,000**
 45:25

**1**

**10**
 41:13
**10,000**
 36:2,25
**100**
 46:11
**101**
 4:13 41:6
**1099**
 29:24 31:23
**1099s**
 23:21
**10th**
 4:13 41:6
**11249**
 4:14
**12**
 41:14
**125**
 6:10
**12:04**
 56:3
**12th**
 15:13
**14**
 6:7
**19**
 34:13

**2**

**20**
 9:2 13:16
 37:8 46:3
**200**
 46:13,21,23
**2005**
 14:24

**2006**
 14:24
**2018**
 33:21 34:13
 37:6
**2019**
 33:21 37:6
 41:4,18
 42:12
**2021**
 50:23
**212-675-1300**
 42:14
**21st**
 15:14
**24**
 9:10

**3**

**3**
 50:23
**3,000**
 37:3
**30**
 46:5
**30(c)**
 27:13
**301**
 4:14

**4**

**40**
 46:7

**5**

**50**
 25:19 34:25
 46:9
**500**
 37:3
**52**
 9:12

**55**
 6:4

**6**

**601**
 15:14

**7**

**7,500**
 35:25 36:24
**70**
 6:19
**75,000**
 25:19

**A**

**able**
 24:13
**account**
 38:10,11
 39:4,5,11,
 12,13 48:9
**accounts**
 37:25 38:7,
 8,22 39:21
 52:8
**acquire**
 10:22
**act**
 27:25 28:10
**action**
 4:19
**active**
 48:15
**address**
 4:12 6:10
 42:4,23,25
 43:3,17
**addresses**
 15:7,8 43:9
**afford**
 30:20,25

**aforementione
d**
 24:5
**agencies**
 14:8 17:21
 44:10
**agency**
 13:17 14:8,
 13 15:2
 16:18 17:5,
 9,24 18:9,15
 20:15 32:22
 34:21 35:5
 39:11 44:14,
 16 45:5,7
**agent**
 9:22,25
 10:4,25 16:3
 22:15,19
**agents**
 22:24 31:14
**ago**
 8:22 22:8
 24:24 39:10
**agreement**
 55:19
**alcohol**
 5:21
**alive**
 32:22
**amount**
 34:19
**amounts**
 25:16
**and/or**
 7:25 8:12
**animosity**
 27:9
**answer**
 5:8,11,13,18
 7:20 8:6,16
 10:17 11:7,
 16 17:2
 22:22 23:13
 26:19 27:18
 28:6 29:10
 33:4,20

Jodie Louise Gordon
October 08, 2024

34:22 37:7
38:4,20
39:16 53:12
**answered**
47:13
**answering**
5:22 26:20
53:13
**answers**
5:6
**Anybody**
31:17
**anyone**
53:4
**appears**
27:7
**apply**
12:3
**apprenticeshi
p**
8:18
**approximate**
46:20
**approximately**
7:13,14
13:16 46:18,
21
**approximation**
14:23
**argumentative**
12:23 53:20
**Argumentive**
40:23
**around**
7:23 14:24
46:21
**Art**
31:16
**asking**
4:20 10:20
12:16 14:22
17:8 35:2
36:17 48:23
**assigned**
44:13
**assume**
5:13 10:11

12:2 35:18
**assuming**
13:21 14:10
53:10
**attention**
28:9
**attorney**
5:12 54:4
**aware**
16:11,12
17:22 18:11
40:19,25

——————

**B**

——————

**back**
13:10,13
38:21 41:2,
3,18
**background**
8:2,12
**bank**
37:24
**bankrupt**
51:25
**behalf**
54:5
**behave**
28:12
**behavior**
27:8
**believe**
6:16 10:22
25:12 29:11,
24 30:5
39:20 42:5
54:17 55:20
**best**
5:17 8:23
10:12 14:18
20:20 32:25
33:17 34:3,
4,23 35:21
36:8 37:6
**bickering**
28:8

**big**
16:21 17:5
18:5 45:18
**bit**
35:4 52:24
**BK**
16:12 18:17,
21,22 39:14,
17 51:11
**book**
10:5
**Bookers**
31:14
**booking**
10:7
**booking's**
34:8
**books**
36:19
**Borinquen**
6:11
**bought**
26:5,6,11
**boutique**
34:20
**bracket**
37:12
**bring**
28:8
**Brooklyn**
4:14 6:2,20
7:5
**build-out**
45:19 46:19
**BULSARA**
27:3,24
**business**
16:22 23:18
35:5
**buy**
45:7 47:12

——————

**C**

——————

**call**
11:9,20 14:6

27:2,6 28:4,
25 29:18
47:17,21
**called**
4:3 19:17
**calling**
13:24
**calls**
27:4 28:17
**card**
53:4,8,17
**categories**
31:13
**central**
44:3
**certification**
8:20
**certified**
8:24
**cetera**
47:7
**chambers**
27:4
**chance**
5:12 12:19
**chances**
12:22
**change**
29:14
**changed**
43:10,13
**check**
30:6
**checking**
38:9,15,18
39:5,10,12,
23
**circumstances**
24:21 26:15
**city**
15:8
**clarify**
56:2
**clear**
27:7
**client**

Jodie Louise Gordon
October 08, 2024

8:8 14:20
**clients**
  51:17,19
**close**
  51:12 52:10
**closed**
  28:19 52:9
  55:9
**come**
  31:3 55:3
**comfortable**
  53:13
**comp**
  30:14
**companies**
  38:5 51:25
**company**
  23:8 26:5
  33:13 37:22
  38:24 39:7,8
  50:12 51:16,
  20 52:17
**compensated**
  31:4
**compensation**
  29:7 30:2
**compound**
  8:4 29:10
  35:13 53:6
**computers**
  45:13 47:6
**conceal**
  40:21
**concerned**
  28:18
**concisely**
  27:14
**concluded**
  56:5
**conduct**
  13:8
**consider**
  33:9
**Considered**
  23:20
**continue**
  13:10 28:19

**contract**
  23:9 34:16
  35:6 44:15
**contractor**
  29:12 32:2
  44:13,17
**contractors**
  23:21,23
  46:25
**contracts**
  44:9,10,12
**control**
  44:5
**conversation**
  19:23
**cooperate**
  27:25
**corporate**
  28:15 54:9,
  12
**corporation**
  54:16,23
  55:5
**correct**
  15:18 16:20
  18:18 35:20
  40:11 44:19
  50:2,23
  54:10,13
**couching**
  32:22
**counsel**
  49:24
**couple**
  15:11 43:8
  53:24
**course**
  12:5
**court**
  5:4 14:3,6
  26:24 27:2,
  22 28:4 29:2
**court's**
  28:8
**courteously**
  27:25

**COVID**
  51:24
**cut**
  28:9

---

**D**

**date**
  20:18 50:4
**dates**
  7:12 50:14
**David**
  4:18
**day**
  35:16,17,22,
  23 36:2,6
**dealing**
  12:25 13:2
**deals**
  24:25
**December**
  41:18
**defendant**
  54:8
**defendants**
  54:6
**define**
  22:19
**definitely**
  26:23 52:16
**department**
  31:16
**depends**
  33:5 38:23
**deposed**
  4:23
**deposition**
  4:25 12:4
  13:8 27:9,17
  28:10,20
**derived**
  29:7
**desk**
  45:9
**Desks**
  45:9

**determine**
  33:6
**determined**
  32:5
**develop**
  10:21
**different**
  15:6,10,17
  17:25 18:3
  26:12 33:12
  39:2 42:19
  43:8
**digital**
  48:24 49:2,
  3,13
**directed**
  14:20
**direction**
  33:25 34:11
**discovery**
  28:2,15
**discussion**
  24:17
**dissolution**
  50:5,10
**dissolve**
  51:3 52:17
**dissolved**
  16:19 50:2,
  23 51:6,8
  55:5
**dissolving**
  51:4
**distributions**
  37:14
**divorce**
  30:9
**doing**
  13:15 22:14
  34:8
**draw**
  29:16,19
**dresser**
  8:18,19
**drugs**
  5:21

Jodie Louise Gordon
October 08, 2024

**duly**
4:3

---

**E**

**e-mail**
42:22,25
43:3,9,16
44:6
**e-mails**
43:20,23
**earlier**
32:19 52:14
**early**
11:21
**earning**
35:25
**East**
6:13
**educate**
10:13
**educational**
7:25 8:12
**eight**
6:24
**either**
41:13 55:25
**electrical**
45:15
**employee**
31:23
**employees**
31:7,10,12
**end**
21:14 24:6
29:21 41:3
42:11
**ended**
24:12 29:2
33:11 46:16
**enforce**
28:12,15
**entailed**
10:6
**entered**
13:22

**entire**
45:11
**entirely**
27:10
**entities**
15:17,22
16:14 18:24
39:3 54:9
**entity**
18:10,14
21:18,21
22:25 45:4
51:10 54:12
**established**
18:4 19:10
**et**
47:7
**everyone**
22:10
**evidence**
13:22 14:11
53:10
**exact**
7:12 9:15
14:17 20:18,
22 25:16
34:21 43:14
45:23
**exactly**
19:21 46:14
53:18 54:20
**Examination**
4:7 53:25
56:4
**examined**
4:5
**exciting**
34:6
**excuse**
17:6
**expect**
28:16
**expenses**
46:23
**explain**
30:22

---

**F**

**Facebook**
48:9,10
**facts**
13:21 14:10
53:10
**far**
28:18 41:16
**feel**
47:19
**fell**
9:21
**fine**
17:18 36:17
**finish**
5:10
**finite**
17:14
**first**
4:3 9:3
13:17 18:9,
10 21:3
25:18 27:6
54:12
**five**
13:5 36:13
**Flake**
6:4
**floors**
32:21
**focus**
13:4
**follows**
4:6
**Forgive**
10:9
**forgot**
38:20
**form**
10:16 12:12
13:20 14:12
23:12 27:19
34:18 40:18
45:21 49:7
55:8

**formed**
11:18 51:11
55:10
**foundation**
13:20 35:14
**founded**
18:24,25
19:6
**founder**
18:25 19:9
**founding**
14:8
**Fourth**
6:19
**frame**
8:14 9:15
11:6,14
13:4,5 16:24
23:7,15 24:2
29:10 30:4
31:9 32:8,15
38:3 40:4
43:5,22
44:23 47:25
52:6
**frames**
43:15
**friends**
24:23
**furniture**
44:21 45:2,4
47:6
**Fusion**
15:3,4,16,
17,22 16:2,
3,4,6,11,14,
17 18:9,10,
12,14,15,17,
21,22 19:2,
7,10,15
20:8,10,11,
12,14,24
21:2,4,7
22:25 25:25
26:10 29:3,
17 30:2,8,15
31:3 33:9
36:8 37:5,

---

15,25 39:3,
9,11,14,17
41:5,7,19,24
42:6,7,10,
20,23 43:2
44:16,21,25
45:4,5,6
47:5,12,14,
23 48:17
49:25 50:22
51:3,7,10,12
54:13,14
55:4

**Fusion's**
32:25 33:17
42:10,13
44:20

**Fusionmodels.
com**
42:5

---

**G**

**gather**
15:16
**generally**
36:20
**give**
5:11 12:18,
22 17:8
34:21
**going**
4:20 6:23
10:12 12:18,
20 21:10
24:7,13
27:11 33:7,8
36:19 41:3
**good**
4:15,17 33:6
36:3
**Gordon**
4:11,15
**great**
36:2
**greatly**
38:6

**green**
53:4,8,17
**growing**
33:13 37:23
**guess**
14:18,21
19:10 20:20
25:17 34:23
42:23 45:9
**guessing**
47:22

---

**H**

**hair**
8:18,19
**hairdresser**
8:25
**hand**
25:15
**handful**
36:10,11
**happen**
14:15 25:4
36:5
**happened**
19:15 20:3,6
34:5 52:13
**head**
25:8
**hear**
27:23
**held**
24:17
**highly**
28:2,6
**hire**
19:17,24
**honest**
25:23 42:8
48:5
**honestly**
5:23 33:4
37:7
**Honor**
28:22,24

**hoping**
11:19
**hour**
35:16
**huge**
34:19 37:12
**hundred**
36:21

---

**I**

**idea**
16:21 25:13
**image**
49:13
**images**
48:24 49:2,4
**inappropriate**
27:11 28:7
**inaudible**
27:21
**increasing**
33:14
**inde**
34:20
**independent**
23:20,22
29:12 32:2
44:13,17
**independently**
17:25
**industries**
17:20
**industry**
10:10,13
17:6,19
48:22 51:16
**influence**
5:20
**information**
39:25
**initial**
19:2
**Instagram**
48:11,12,13

**install**
45:14,17
**instructing**
27:17
**instruction**
28:5
**interest**
26:10
**invest**
25:10
**invested**
25:7,14
**investments**
18:5
**investors**
37:15
**involved**
21:14

---

**J**

**Jill**
19:4,5
24:19,22
25:2
**job**
9:4 35:16,17
**jobs**
10:8,23
**Jodie**
4:11 21:13
**judge**
11:9,20
13:24 27:3,
24
**judicially**
16:18

---

**K**

**K1**
29:22
**Kasell**
4:8,18 11:8,
15,19,24
12:2,6,11,18

13:7,23
17:10,14
23:16 24:7,
14 26:22
28:21 35:10
49:14,18
50:13,17
53:21
**keep**
32:22
**Kevin**
4:19 24:18,
22 25:6
39:25
**know**
7:12 9:15
10:9,11 12:3
14:16 17:15,
16 21:9,11
24:3 29:21
30:13 31:13
34:10 35:6
37:10 38:6
39:17 41:11
42:3,7 43:6
45:23 46:14,
20 48:14,22
49:12 53:16
54:19

---

**L**

**large**
18:8
**law**
12:15
**lay**
13:20
**learn**
10:5 35:4
**learning**
9:22
**lease**
41:7,11,16
**leaving**
26:9

**left**
25:25 52:10
**level**
37:5
**little**
15:13 35:4
52:24
**live**
5:25 6:8,14,
18,21 7:2,6
52:23
**lived**
6:6,9,17,25
7:8
**LLC**
16:3,18
18:15,22
20:15,25
24:5 41:19
44:17 45:5,7
49:25 50:22
51:8,12
55:8,10,17
**loan**
39:25 40:8,
9,16,21
**located**
15:5 41:5
**location**
41:8 42:20
**logo**
47:15,16,20,
21
**long**
6:5,14,21
8:22 9:13
11:3 18:5
20:12,23
21:5 22:8
24:24 39:10
41:12 51:18
52:18,25
55:19
**longer**
21:17
**look**
39:18 42:7

48:15
**looked**
55:18
**lot**
25:9 30:18
31:3 32:19
51:23
**lots**
18:7
**Louise**
4:11

---

**M**

**made**
37:14
**make**
11:12 20:5
**makes**
18:2
**making**
32:20,23
**Management**
15:3,5 16:2,
6 18:12
19:7,11,16
20:10,11,13,
24 21:2,4,8
39:9 54:14
**manner**
27:16 28:14
**Maria**
10:18 11:8
54:5
**marriage**
53:4,8,17
**married**
26:13 52:19
53:11
**matter**
28:18 54:6
**mean**
10:19,21
17:19,21
18:7 30:16
32:19 33:12
36:12 42:13

46:24 49:9
50:11 52:8
53:16 55:13
**media**
47:23 48:2,3
**meet**
24:18
**meeting**
24:21
**member**
55:20
**members**
55:11,14,17,
23
**mentioned**
16:8 31:11
54:8
**Mm-hmm**
34:14 42:17
**model**
9:13 10:7
15:3,5 16:2,
6 18:12
19:7,11,15
20:10,11,12,
24 21:2,4,7
39:9 44:18
54:14
**model's**
35:25
**modeling**
9:7,9,16
10:10 16:3,
4,18,22
17:5,6,9
18:15 20:9,
14 35:5
39:11 41:19
44:16 45:5,6
49:25 50:22
51:8,11,12
54:13 55:4
**models**
10:5 16:12
18:22 23:3,9
34:8,12,15,
20,25 35:6,

15,19 36:7,
24 37:5 42:6
44:9 49:17,
21,22 51:15,
20
**money**
19:25 20:2
25:9 32:20,
23 35:19
51:15,20,25
**monitors**
43:16
**months**
6:7
**morning**
4:15
**moved**
7:23
**movie**
24:24,25
**moving**
34:10
**multiple**
38:5

**N**

**name**
4:9 18:20
**name's**
4:18
**names**
31:12
**need**
24:10 26:23
**network**
18:6
**never**
30:19 34:19
38:7 42:7
52:2
**nonarguementa
tive**
28:14
**nonargumentat
ive**
27:15

**nonsuggestive**
27:15
**North**
4:13 6:19
41:6
**Notary**
4:4
**number**
15:17 17:15
42:11,14,16,
20
**numbers**
45:23
**NYC**
42:7

**O**

**object**
5:12 11:25
35:9,10
**objecting**
13:3
**objection**
7:18 8:3,13
10:15 11:5,
24 12:9
13:19 14:9,
19 16:23
17:7 22:21
23:6,11,25
26:3,17
27:13,19
29:5,9 30:3,
10 31:8
32:7,14
33:2,18
34:17 35:12
37:18 38:2
39:15 40:3,
17,22 43:4,
21 44:22
45:20 47:8,
24 49:6 50:6
52:5,20
53:5,9,19

**objections**
12:11 28:13
**obligation**
27:12
**obligations**
27:21 28:13
**obviously**
51:16
**off-the-
record**
24:16
**office**
12:25 44:20
45:11 47:3
**okay**
4:22 5:4,19,
25 6:5,8,25
7:6,16,24
8:23 9:8,11,
13,16 10:3,
6,24 11:3
14:25 15:4,
9,15,22
16:13,25
17:17 18:2,
8,13,16,19,
23 19:3,14,
22 20:20,23
21:4,13,17
22:5,9,11,16
23:3,22
24:20 25:4,
10,13,17,21,
24 26:6
29:20 30:8,
22 31:5,15
32:10,13,24
33:16,22
34:12,15
35:2,18,24
36:4,14
37:4,9,11,
17,20 38:13,
16,19,25
39:22 40:12,
15,20 41:2,
7,10,15,21
42:9,18

43:16,19,24
44:8,20
45:3,6,12,24
46:9,11,15
47:4,11,14,
17,22 48:3,
8,21,24
49:4,10,24
50:4,9,15
51:2,7
52:15,18,23,
25 53:3
**once**
25:11
**one**
5:15 6:16
12:19 15:20
16:7 18:16
21:3,6 30:5,
7 38:12,22
39:13 43:25
**one's**
24:13
**ones**
15:10
**open**
24:12 33:11
36:18
**operate**
20:24
**operating**
55:19
**opinion**
17:8,11
**opinions**
26:12
**order**
50:7
**Oshin**
19:4,5,17
21:14 24:19
**output**
45:11
**owed**
51:15,19,21
52:4,10

owner
  21:18,20
ownership
  21:24
owns
  48:18 49:4,
  20

---

**P**

---

P.M.
  56:3
page
  41:22
paid
  29:3,6,11,20
  30:17,19
  31:4 32:6
  35:15 47:2
  51:15 52:11
part
  18:6 30:6
  50:9
parties
  27:5,12,20,
  24 28:3,7
partner
  20:5,8,12
  21:22 22:4
  25:3 54:24
  55:21
partners
  22:6 55:8,11
party
  28:11
past
  13:5,6
Patelis
  7:18 8:3,7,
  13 10:15,19
  11:5,11,17,
  22,25 12:5,
  8,14,21
  13:9,19,25
  14:4,9,19
  16:16,23
  17:7,12,17

21:6 22:21
23:6,11,14,
25 24:4,9
26:3,17
28:23 29:5,9
30:3,10 31:8
32:7,14
33:2,18
34:17 35:9,
12 37:18
38:2 39:15,
19 40:3,17,
22 43:4,21
44:22 45:20
47:8,24
49:6,12 50:6
52:5,20
53:5,9,19,23
54:2,3,5
55:24
pay
  19:25 20:2
  30:8,20,21,
  23,25 31:2
  32:10,13
  35:7,8 47:2
  51:18,20,24
paying
  51:24
payment
  40:10
payments
  38:17
payroll
  31:2,5,6,20,
  25 38:11
people
  30:21 31:2,
  19 34:9
  43:18,23
  51:23 55:14
percentage
  21:25
percentages
  22:3 54:20
perfectly
  27:7

period
  43:13
permission
  40:12
person
  19:6
phone
  27:6 28:17,
  25 42:10,14,
  15,20
phones
  47:7
photographs
  48:18,20
picked
  25:2
picture
  49:14
Pictures
  49:16
place
  6:11 12:10
plaintiff
  54:22
please
  4:9 8:10
  13:7,11 17:3
  24:15
plumbing
  45:16
point
  30:7 38:12
  39:13 41:16,
  25 42:11
Pollack
  4:19 22:3
  24:18 25:3,7
  32:9 54:22
  55:20
Pollack's
  39:25
positive
  33:24 34:10
PPP
  40:10
practice
  27:16

presence
  47:23
present
  48:5,6,7
pretty
  33:10
prevent
  5:21
previous
  7:15 16:7
prior
  7:23 30:21
proceeding
  13:2 54:10
process
  10:24 51:19
professional
  8:2,12 9:4
profit
  37:21
proper
  12:16 47:20
properly
  11:18
Public
  4:4
purchase
  26:10 47:5,6
purchased
  44:25 45:4
put
  12:23 16:17
  23:14 25:18
  49:24
putting
  54:3

---

**Q**

---

qualified
  8:19
question
  5:10,14,15
  7:20 8:4,6,
  9,15 11:16,
  23 13:3,11,

13 14:2
17:2,3,24
26:21 33:5,
20 42:24
53:12,14
**questions**
4:20 5:5,6,
16,22 12:16
24:10 35:4
53:22,24
55:25
**quick**
51:6

---

**R**

**random**
17:23
**rate**
35:7,22,23
36:3,9,24
**rates**
36:23
**raw**
47:3
**read**
13:10,13
38:21 43:19
**recall**
15:9 21:9
25:6,24
26:2,4
37:14,24
41:15 43:12
45:3 50:4
52:3,22,25
53:2,3,7
54:25 55:22
**receive**
29:25
**received**
27:4 30:6
**receiving**
43:23
**recently**
32:18

**Receptionist**
31:16
**recess**
14:5 26:25
50:20
**recollection**
8:24
**record**
4:10 5:5,7,9
12:10,24
14:2 16:17
24:15 49:25
50:18 54:4
**refer**
55:14
**referred-to**
13:12
**referring**
9:24 21:3
24:4 38:24
55:4
**relevancy**
7:19 26:18
30:11 39:16
52:21 53:6
**remember**
7:22 14:17
15:7 19:19,
20 20:18,21
22:2,7 23:5
24:24 25:20,
22 30:12
32:17 38:4
41:20 42:9
43:14 54:18
**remind**
27:11,20
**rephrase**
5:17 8:7
**reporter**
5:4 13:14
14:3 27:22
**represent**
4:19
**reserve**
12:9

**reserved**
12:12
**reside**
7:16
**response**
27:6
**restroom**
50:16
**revenue**
33:14
**right**
7:24 12:9
13:23 20:9
26:8,22
31:23 32:2,3
36:21 37:13
39:24 41:19
49:18 50:14
51:8
**role**
22:12,19
**Ron**
25:25 26:13
52:19
**Ronald**
21:23
**Rule**
27:13
**rules**
12:3 28:16
**ruling**
11:10,21,22
24:8 26:23
**running**
33:9

---

**S**

**sadly**
36:5
**salary**
29:6,16,18
**savings**
39:4,12,23
**saying**
10:25

**says**
27:13 50:24
**SBA**
40:9
**screenplays**
25:2
**Securing**
10:8
**see**
33:13 35:3
36:19 52:2
**selling**
30:6
**set**
25:23 32:10
35:13 45:10
54:25
**seven**
6:23 21:11
**shareholder**
54:15,23,24
55:21
**shareholders**
55:15,16,22
**shares**
30:7
**she'll**
5:6,7
**short**
14:5 26:25
50:20
**shut**
41:4 55:5,7
**side**
9:21,24
**sides**
27:8
**significant**
45:22 46:17
**simply**
27:18
**size**
9:18
**Sklar**
21:23 23:2
25:25 26:13
52:19

Jodie Louise Gordon
October 08, 2024

**Sklar's**
  22:11
**slash**
  31:14 54:24
**sleeping**
  32:21
**slowly**
  33:13 51:4,
  13
**small**
  36:10,11
**social**
  47:23 48:2,3
**Soliciting**
  22:17
**space**
  15:12,14,16
  47:3
**speaking**
  5:8
**speaks**
  50:7
**specific**
  11:14 24:11
**specify**
  24:10
**Spencer**
  7:3,4,7,17
**spend**
  45:19
**spent**
  46:19
**spoken**
  44:8
**spot**
  44:3
**started**
  9:9,22
**state**
  4:4,9 28:13
**stated**
  27:14
**straight**
  9:18
**Street**
  4:13 6:4,19

  7:3,4,7,17
  15:13,14
  41:6
**strict**
  28:16
**strike**
  18:9
**structure**
  55:2
**success**
  33:9,11
**successful**
  33:15
**suggested**
  20:4
**Suite**
  4:13
**super**
  34:20
**suppose**
  38:21
**supposed**
  30:19
**sure**
  7:13 11:12
  24:9 36:7
  55:13
**surf**
  32:22
**sworn**
  4:4

---

**T**

**take**
  7:14,25 8:11
  19:15 28:10
  38:25 51:17
**taken**
  14:6 27:2
  50:21 51:6
**takes**
  52:16
**talent**
  22:17
**teach**

  12:15
**tell**
  5:16 10:13
  13:7 19:22
  26:15 36:18
  40:15
**telling**
  53:3
**ten**
  7:8 13:6
**terms**
  33:3 41:11
**testified**
  4:5
**Thank**
  4:17 13:25
  14:4 18:23
  28:21,23
  50:19
**thereabouts**
  13:16
**things**
  5:9 26:12
  33:12,24
  34:5 52:10,
  11 56:2
**think**
  22:10 25:18
  33:10,23
  34:24 36:8,9
  41:13 47:13
  51:22 52:9,
  12
**think's**
  42:6
**third**
  18:16
**thousand**
  37:2
**three**
  18:24 39:2
  41:17 54:8
**Tik**
  48:14,15
**tiles**
  47:2

**time**
  8:13,22 9:15
  11:5,13,14
  13:4,5 16:23
  18:5 23:7,
  15,23,25
  25:18 29:9,
  13,15 30:3,5
  31:3,8 32:7,
  14,20 34:16
  38:2 40:3
  41:2 43:4,7,
  10,12,14,21
  44:22 47:24
  51:6 52:5,16
  55:3,19
**today**
  4:16,21 5:23
**Tok**
  48:14,15
**top**
  25:8,15
  35:18 36:9,
  24
**total**
  25:14 30:13
**trial**
  12:7,13
**truthfully**
  5:22
**try**
  10:23 40:20
**trying**
  23:16,19
  36:20 49:19
**turned**
  33:24
**two**
  7:15 15:24
  16:9 27:4
  39:20 41:17
**type**
  9:16 31:11
  40:7
**typical**
  27:16

Jodie Louise Gordon
October 08, 2024

**typically**
49:5

---

**U**

---

**understand**
5:15,17 7:21
8:5,9,15
10:20 11:15
16:25 23:17,
18,19 24:12
36:20 40:24
49:8,19
**understood**
5:14 37:13
**unorthodox**
28:3
**unusual**
28:3,6
**urge**
28:9

---

**V**

---

**variables**
18:7
**varied**
30:18
**vary**
33:11
**views**
26:12

---

**W**

---

**W2**
29:21
**wait**
5:10 24:7
51:14 52:10
**waiting**
27:5 31:2
51:19
**want**
16:16 18:20
20:17 31:12,

13 35:4
41:21
**wanted**
19:24,25
25:3 54:7
55:8,9,25
**way**
5:18 29:8
44:11
**web**
42:3
**website**
41:24 42:8
**went**
15:12 32:21
51:25
**West**
15:13
**Whereabouts**
6:3
**Williamsburg**
6:13
**wined**
51:13
**witness**
4:3 10:18
16:20 21:7
27:18 28:5
49:16 50:15,
19 56:4
**word**
29:19
**worded**
54:21
**work**
10:14,22
14:7 15:11
19:18 22:17
23:10 35:7
44:10
**worked**
13:18 23:8
30:14
**working**
22:13 24:23,
25

**works**
30:23
**worldwide**
18:6
**write**
5:7
**wrong**
18:20 36:15

---

**Y**

---

**yeah**
32:4 34:9
38:25 41:3,
23 44:4,7
46:2,4,6,8
49:23 50:17
**year**
6:16 14:17
19:20 20:19,
22 26:2,4
32:17,25
33:6,17
34:3,5 36:8
37:6 41:4
52:14
**years**
6:24 7:9,15,
23 9:2,14
13:6,16 14:7
21:10 30:14
32:16,21
33:23 41:14,
17
**York**
4:5,14 7:5
17:22
**Yup**
42:21