FILED
CLERK
11/12/2025 4:52 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVIN POLLACK,

               Plaintiff,

   -against-

JODIE LOUISE GORDON (also known as JODY GORDON) and FUSION MODELS BK LLC,

               Defendants.
------------------------------------------------------------------------X

Case.:23 Civ. 2376 (SJB) (LKE)

**DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1, Defendants submit the following statement of material facts as to which there is no genuine dispute.

**A. Facts on Fusion Modeling Agency LLC.**

1. Fusion Modeling Agency LLC ("Fusion") was established on December 7, 2006, with its Operating Agreement dated the same day. (Ex. A).

2. The members of Fusion Modeling Agency, LLC at the time the LLC was formed was Jodie Gordon, Kevin Pollack, Charles Hass, Benjamin Chui, Nathan Ankey and Paragon Strategies Group, Inc.  (Ex. A)

3. Defendant, Gordon, was the managing member and had exclusive management and control of the day to day operations of the company, will make decisions affecting the company and the company's assets. (Ex. A).

4. On January 11, 2021, Jodie Gordon filed a petition for judicial dissolution of Fusion in Kings County Supreme Court. (Ex. B).

5. On May 3, 2021, the Supreme Court, Kings County, issued an order dissolving Fusion. (Ex. C).

6. Plaintiff filed for Arbitration on or about April 15, 2022 with the American Arbitration Association entitled <u>Kevin Pollack v. Jodie Gordon</u>, Case No.:01-22-0001-5367.

7. The judicial dissolution order did not direct liquidation in any specific manner. (Ex. C).

8. Defendants provided Plaintiff with K-1s and tax documents. (Ex. D).

9. Plaintiff received tax filings and financial records. (Ex. D).

Dated: Brooklyn, New York
       September 29, 2025

                                                Yours, etc.

                                                By: */s/ Maria Patelis*
                                                   Maria Patelis, Esq.
                                                   Maria Patelis & Associates, PLLC
                                                   Attorney for Defendants
                                                   7024 18th Avenue
                                                   Brooklyn, New York 11204
                                                   917-653-7214
                                                   m.patelis@aol.com

To: David Kasell, Esq.
      Brian Lehman, Esq.
      Pro Hac Vice
      Of Counsel
      Kasell Law Firm
      Attorneys for Plaintiff
      1038 Jackson Avenue, Ste #4
      Long Island City, NY 11101
      718-404-6668
      929-340-1543

Brianlehman97@gmail.com
david@kaselllawfirm.com

Case 1:23-cv-02376-SJB-LKE   Document 71   Filed 11/12/25   Page 3 of 3 PageID #: 584