EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------X
JODIE GORDON

                               Petitioner,

-against-

FUSION MODELING AGENCY, LLC

                               Respondent.
-----------------------------------------------------------------X

Index No.: 500709/2021

**NOTICE OF ENTRY**

S I R:

    **PLEASE TAKE NOTICE**, that the within is a true copy of the Decision and Order issued by the Honorable Reginald A. Boddie, J.S.C., on April 30, 2021, and entered in the office of the County Clerk for the Kings County Supreme Court on May 3, 2021. Said Decision and Order does not need to be settled on notice, as it has already been executed by the Honorable Reginald A. Boddie, J.S.C.

Dated: May 10, 2021
       Brooklyn, New York

                                                     Yours, etc.,

                                                     By: _____
                                                     Salvatore E. Strazzullo, Esq.
                                                     Attorneys for Petitioner
                                                     Strazzullo Law and Associates PLLC
                                                     7101 18th Avenue
                                                     Brooklyn, New York 11204
                                                     (718)-259-4600

To: New York Department of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

At an IAS Commercial Term Part 12 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at 360 Adams Street, Borough of Brooklyn, City and State of New York, on the 30th day of April 2021.

PRESENT:
Honorable Reginald A. Boddie, JSC
----------------------------------------x
JODIE GORDON,

                Petitioner,

    -against-

FUSION MODELING AGENCY, LLC,

                Respondent.
----------------------------------------x

Index No. 500709/2021
Cal. No. 11  MS 1

**DECISION AND ORDER**

| Papers | Numbered |
|---|---|
| MS 1 | Doc. # 1-9 |

Upon the foregoing cited papers, the decision and order on petitioner's petition, pursuant to Limited Liability Company Law § 702, for judicial dissolution, is as follows:

Petitioner Jodie Gordon, the 65% member of respondent Fusion Modeling Agency, LLC (FMA), a New York limited liability company, commenced this proceeding, pursuant to Limited Liability Company Law § 702, for judicial dissolution of FMA. Petitioner alleged that her business relationship with Kevin Pollack, the 35% member of FMA, has become irreconcilable based on Mr. Pollack's refusal to consent to overdraft protection, which the bank would not issue without Mr. Pollack's consent, or co-sign on a loan.

Petitioner averred overdraft protection is necessary to effectuate the functionality of FMA because of the nature of cash flow in the modeling industry. She alleged it takes a long time for clients to pay what they owe to FMA while FMA remains liable for its bills and payroll. Petitioner also alleged, in relevant part, a December 7, 2006 operating agreement is in effect between herself and Mr. Pollack for the purpose of operating FMA as a modeling agency.