FILED
CLERK
11/12/2025 4:51 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVIN POLLACK,

                Plaintiff,

    -against-

JODIE LOUISE GORDON (also known as
JODY GORDON) and FUSION MODELS
BK LLC,

               Defendants.
------------------------------------------------------------------------X

Case.:23 Civ. 2376 (SJB) (LKE)

**DEFENDANTS' NOTICE OF MOTION**

SIRS:

        PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude the Testimony and Report of Plaintiff's Expert, Quan A. Vu, the Declaration of Maria Patelis, Esq., dated September 29, 2025, together with the exhibits annexed thereto, and all prior pleadings and proceedings in this action, Defendants will move this Court, before the Honorable Sanket J. Bulsara, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on a date and at a time designated by the Court, for an order pursuant to Federal Rule of Evidence 702 and the principles set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), excluding in its entirety the expert report and testimony of Plaintiff's expert, Quan A. Vu, and granting such other and further relief as the Court deems just and proper.

                              Respectfully Submitted,

                        By: /s/ *Maria Patelis, Esq.*
                           Maria Patelis, Esq.
                           Maria Patelis & Associates, PLLC

              Attorney for Defendants
              7024 18th Avenue
              Brooklyn, New York 11204
              917-653-7214
              m.patelis@aol.com

To: David Kasell, Esq.
   Brian Lehman, Esq.
   Pro Hac Vice
   Of Counsel
   Kasell Law Firm
   Attorneys for Plaintiff
   1038 Jackson Avenue, Ste #4
   Long Island City, NY 11101
   718-404-6668
   929-340-1543
   Brianlehman97@gmail.com
   david@kaselllawfirm.com