# Kasell Law Firm

November 13, 2025

Hon. Sanket J. Bulsara
United States District Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Pollack v. Gordon, 23 Civ. 02376, Request for settlement conference before the assigned Magistrate Judge

      Judge Bulsara:

      As counsel for Plaintiff Kevin Pollack, I write pursuant to Sections II.A and VI.H of Your Honor's Individual Practices to request that the Court issue an order that the parties hold a settlement conference before the assigned Magistrate Judge or, in the alternative, clarify that this is not required for consideration of Defendants' summary judgment motion.

      Today, November 13, 2025, Defendants completed service of the fully briefed summary judgment papers under the bundling practice. No settlement conference before the Magistrate Judge occurred before service because the prior version of the Individual Practices did not require such a conference. As noted on the docket, a mediation did take place under the EDNY's mediation program, and it was unsuccessful in resolving the dispute.

      However, effective October 1, 2025, Section VI.H.1 of the Individual Practices requires that "any party seeking to file a motion for summary judgment must first have had a settlement conference with the assigned magistrate judge" regardless of prior mediation attempts. Given the timing of the summary judgment motion, it is unclear whether the parties must follow the new procedures.

      I informed Defendants' counsel of this requirement prior to today's filings and counsel stated that she would let me know her position yesterday, but I have not as of yet heard back from her. Plaintiff believes that a settlement conference would be helpful, particularly as the Magistrate Judge now has access to the fully briefed motion which will assist in facilitating a potential resolution.

      To conform to the Court's Individual Rules, Plaintiff respectfully asks that the Court refer this matter for a prompt settlement conference before Magistrate Judge Lara K. Eshkenazi or, in the alternative, clarify that this is not required for consideration of

# Kasell Law Firm

Defendants' summary judgment motion particularly in light of the prior unsuccessful attempt.

Respectfully submitted,
/s/ *Brian Lehman*
Brian Lehman Esq.
Kasell Law Firm
Attorney for Plaintiff Kevin Pollack