**MARIA PATELIS & ASSOCIATES, PLLC**
9732 3rd Avenue, Brooklyn, New York 11209
(917) 653-7214 · m.patelis@aol.com

November 12, 2026

**VIA ECF**
Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Pollack v. Gordon, et al., No. 23-cv-2376 (SJB)(LKE) — Request for Leave to Amend Defendants' Contentions in the Joint Pretrial Order**

Dear Judge Bulsara:

Pursuant to the August 24, 2026 Order, Defendants respectfully request leave to move under Rule 16(e) to amend their contentions in the Joint Pretrial Order (Dkt. 89) to prevent manifest injustice, and, upon the grant of leave, ask the Court to consider that application. Defendants would add a First Claim contention that Plaintiff was a Managing Member under Operating Agreement § 5.4.1, as shown by the Agreement, Fusion's books (DX-6), and Plaintiff's expert's report. It conforms the contentions to defenses already pleaded, adds no claim or evidence, and precedes the November 19, 2026 charge submission. Plaintiff's position has been requested.

I thank the Court for its consideration.

Respectfully submitted,

/s/ Maria Patelis
Maria Patelis, Esq.

cc: All counsel of record (via ECF)