UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
KEVIN POLLACK,
Plaintiff,

No. 23-CV-2376 (SJB)(LKE)

-against-

JODIE LOUISE GORDON (also known as JODY GORDON) and FUSION MODELS BK LLC,
Defendants.
---------------------------------------------------------- X

**DECLARATION OF MARIA PATELIS IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW**

MARIA PATELIS declares as follows under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court and counsel of record for Defendants Jodie Gordon and Fusion Models BK LLC. I submit this declaration to place before the Court the documents cited in Defendants' Memorandum of Law, which is filed under Section IX.D.3 of the Court's Individual Practices. I make this declaration on personal knowledge and on my review of the file in this action.

2. Attached as Exhibit A is a set of calculations prepared by counsel for Defendants. The calculations apply Section 8.2 of the Operating Agreement of Fusion Modeling Agency LLC ("Fusion") to Fusion's year end balance sheets for 2016 through 2020, on the accrual basis and on the cash basis. Exhibit A consists of a cover page, nine pages of calculations, and Attachments 1 through 4.

3. Attachments 1 through 4 to Exhibit A are true and correct copies of four reports of Fusion, each bearing a print date of October 24, 2024: (1) Profit and Loss, January 2016 to

December 2020, accrual basis; (2) Balance Sheet, as of December 31, 2020, accrual basis; (3) Profit and Loss, January 2016 to December 2020, cash basis; and (4) Balance Sheet, as of December 31, 2020, cash basis. These reports were generated from Fusion's accounting records and were produced to Plaintiff in discovery and are included in DX-6. Each attachment follows a cover page prepared by counsel for Defendants.

4. Attached as Exhibit B is a true and correct copy of Raj Gnanarajah, Congressional Research Service, *Cash Versus Accrual Basis of Accounting: An Introduction*, Report R43811 (Dec. 12, 2014), printed from https://www.congress.gov/crs-product/R43811 on November 12, 2026. The first page of Exhibit B is a cover page prepared by counsel for Defendants and is not part of the report.

5. Attached as Exhibit C is a true and correct copy of Financial Accounting Standards Board, FASB Accounting Standards Codification, *About the Codification* (v 5.11) (Feb. 2023). These are industry accepted standards that are widely available to the general public. The first page of Exhibit C is a cover page prepared by counsel for Defendants and is not part of the document.

6. Attached as Exhibit D is a true and correct copy of excerpts from the transcript of the deposition of Jodie Gordon, taken on October 8, 2024, consisting of the cover page, pages 51 and 52, and the reporter's certificate. Lines 18 through 25 of page 52, which are not cited and concern an unrelated personal matter, have been redacted.

7. Attached as Exhibit E is a true and correct copy of excerpts from the transcript of the deposition of Quan Vu, taken on June 4, 2025, consisting of the cover page, pages 33, 34, 41, 42, 68, and 74, and the reporter's certificate.

8. Attached as Exhibit F is a true and correct copy of excerpts from the transcript of the deposition of Kevin Pollack, taken on April 23, 2025, consisting of the cover page, pages 85, 86, 96, 125, and 126, and the reporter's certificate.

9. The Memorandum of Law also cites the Joint Pretrial Order, Docket Entry 89, and trial exhibits PX-1, DX-6, and DX-7. Electronic copies of those trial exhibits were submitted to the Court under Section IX.C of the Court's Individual Practices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2026, at Brooklyn, New York.

Respectfully submitted,
/s/ Maria Patelis
Maria Patelis, Esq.
MARIA PATELIS & ASSOCIATES, PLLC
9732 3rd Avenue
Brooklyn, New York 11209
Tel: (917) 653-7214
m.patelis@aol.com
Counsel for Defendants Jodie Gordon and
Fusion Models BK LLC