# EXHIBIT D

Excerpts from the Transcript of the Deposition of
Jodie Louise Gordon
October 8, 2024

**Contents**

Transcript cover page
Page 51
Page 52
Reporter's certificate (page 59)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
KEVIN POLLACK,

PLAINTIFF,

-against- Case No.:
23 CIV.2376(KAM)(SJB)

JODIE LOUISE GORDON (also known as JODY GORDON) and FUSION MODELS BK LLC,

DEFENDANTS.
-----------------------------------------X

DATE: October 8, 2024

TIME: 10:40 A.M.

DEPOSITION of the Defendant, JODIE LOUISE GORDON, taken by the respective parties, pursuant to a Court Order and to the Federal Rules of Civil Procedure, held at the offices of 1038 Jackson Avenue, Suite 4, Long Island City, New York 11101, before Ranae Porter, a Notary Public of the State of New York.

Q. Okay. What did you do to dissolve Fusion?

A. It's been slowly dissolving. It's not something that's been -- it wasn't a quick dissolved. It's taken time.

Q. Okay. But you had Fusion Modeling LLC that was dissolved, right?

A. Yes.

Q. And the new entity Fusion Modeling BK was formed. What did you do to close up Fusion Modeling LLC?

A. I had to slowly wined everything up. We had to wait to get models paid that were owed money from the company. And obviously, in this industry, unfortunately, some of these clients take very long to pay. So it's just been a process of waiting for clients that owed that company money to pay the models.

Q. How much is still owed?

A. I think that is done. And there's a lot of people that also didn't pay or weren't paying because of COVID. Companies went bankrupt. So that's money

we would never see.

Q. Do you recall how much was owed?

MS. PATELIS: Objection. Time frame.

Q. Well --

A. Now I mean all the accounts are closed. So I don't think there's anything left owed. We had to wait to close things out until things had been paid.

Q. When do you think that happened?

A. Earlier this year.

Q. Okay.

A. It definitely takes time to dissolve a company.

REDACTED - NOT CITED

C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF QUEENS )

I, RANAE PORTER, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of October 2024.



RANAE PORTER