# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No.: 23-CV-02376

---------------------------------------------- x

KEVIN POLLACK,

Plaintiff,

-against-

JODIE LOUISE GORDON (also known as JODY GORDON) and FUSION MODELS BK LLC,

Defendants.

---------------------------------------------- x

DEPOSITION of the PLAINTIFF, KEVIN POLLACK, taken by the Defendants, pursuant to Court Order, held via (Legalview/Zoom) Videoconference, on April 23, 2025 at 10:08 a.m., before Lori Carr, a Notary Public and Certified Court Reporter of the State of New York.

***********************************************

**KEVIN POLLACK**

**MS. PATELIS: It is on the page you are looking at right now. It says Article 5 of the operating agreement.**

**MR. LEHMAN: I asked for the page, for the record.**

**MS. PATELIS: We have to reference the agreement. So it is page 30.**

**MR. LEHMAN: Thank you.**

Q. Go down to where it says Article 5, management and control of the company -- sorry, go to 5.4 which would be page 32, I believe, appointment of managing members. We will scroll down, right there.

Do you see 5.4.1, 5.4 which is appointment of managing members which is page 32? Do you see what I am referencing, appointment of managing members?

**A. Yes.**

Q. 5.4.1 stated number designation, initially Gordon, Pollack and Hall will be the managing members. Hall, Chui and -- I am sorry, Ankney and Paragon may elect another member to serve as managing member, if Hall

KEVIN POLLACK

shall resign or cease to be a managing member.

At any point from the execution of this document until the entity was dissolved in 2021, were you always a managing member as stated in this agreement, operating agreement?

**A. Yes.**

Q. Also, if you look to page 34 of the agreement which is Article 6, books, records accounting, tax elections.

At any time, did you make any written request for books and records from 2006 through 2021?

**A. Yes, I made a request for records and financial information and other information.**

Q. Right. And you said for that time period, you didn't receive any records, correct?

**A. I did not -- I received something, but it was very sparse or inaccurate.**

Q. Right. And did there come a time

KEVIN POLLACK

the company for --

**MR. LEHMAN: Stop interrupting. Stop interrupting. Kevin, I need you always, always, whenever you get the chance to say I was interrupted. Stop interrupting him.**

Q. But you remained with Jody Gordon from the time of the corporation through the LLC, 2006 until 2021, after you said she mismanaged Fusion, you were still there, correct?

**A. Yes.**

Q. You were still a managing member, correct?

**A. That is correct.**

Q. You never removed yourself from Fusion LLC, even though you felt that she was mismanaging the LLC; yes or no? It is a yes or no question.

**A. I did not remove myself from the LLC.**

Q. Okay.

**A. I spent a lot of money and I was --**

KEVIN POLLACK

sold was about $2.8 million and that left $1.1 million of gross margin.

I should note that that 3.9 million gross income number from 2021 was much higher in 2018. In 2019, it was over $5 and-a-half million in each of those years and the gross margin in each of those years I recall was around $1.7 million.

So one might think that given the amount of gross margin, there would be significant profits that comes out of Fusion, that the net income and the bottom line would be large.

However, what has happened in actuality is that money has been funneled away out of the company to expenses that don't make a lot of sense, that are bloated, there is potential theft, money is going out the door and it is not hitting the bottom line.

I noticed that there was a document provided in discovery that showed numbers from 2015 to 2022, I believe. It showed close to $35 million of gross income,

KEVIN POLLACK

around $10 million of gross margin, but almost zero, no profit. Nominal, maybe $50,000 one way or the other.

It is hard to believe that for me less than 1/10th of 1 percent or so or 2/10ths of 1 percent of the total money coming into the door is the profit or loss.

To me, it looks like money is going out the door, but this could be solved easily. Fusion can easily get rid of a lot of expenses. What they could have done, back when they dissolved, was gone to other model agencies and sold the assets for a lot of value.

If there was only a 25 percent reduction in these expenses, that can lead to a valuation of anyone from about $3 and-a-half million to $5 and-a-half million. If there was an 85 percent reduction in those expenses, that can lead to a valuation of around $11 million to $18 million.

If it was a 95 percent reduction in these expenses, that could lead to a valuation of $13 million to $20 million and

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, LORI CARR, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That KEVIN POLLACK, the witness whose deposition is hereinbefore set forth, was sworn and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 3rd day of May, 2025.

Lori Carr
LORI CARR, RPR, CRR